TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone (415) 431-4500
Facsimile (415) 255-8631
e-mail: ttduboce@mindspring.com

Attorney for Defendant
FREDERICK LIM JOHNSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK LIM JOHNSON, et al.,<br><br>Defendant | No. 3-07-70312 EDL<br><br>**NOTICE OF MR. JOHNSON'S JOINDER IN DEFENDANT KANG'S PRE-HEARING MEMORANDUM RE: DETENTION HEARING PROCEDURE, AND MOTION TO DISMISS FOR LACK OF PROBABLE CAUSE**<br><br>**DATE: JUNE 7, 2007**<br>**TIME: 9:00a.m.**<br>**DEPT: THE HONORABLE MAGISTRATE JUDGE ZIMMERMAN** |

TO:   PLAINTIFF UNITED STATES OF AMERICA AND TO ITS ATTORNEYS:

   ANDREW CAPUTO:

   PLEASE TAKE NOTICE THAT, Mr. Frederick Lim Johnson hereby joins in Mr. Kang's above captioned motion as is applicable and relevant to Mr. Johnson

                              RESPECTFULLY SUBMITTED,


DATED:   June 4, 2007            /S/
                              TONY TAMBURELLO
                              ATTORNEY FOR DEFENDANT
                              FREDERICK LIM JOHNSON

1                                    C:\Wp60\Wp60\FD\JoinMODismissLackCause.Johnson.wpd