# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

# CR 07 0371 CRB

UNITED STATES OF AMERICA,

v.

FREDERICK LIM JOHNSON

DEFENDANT.

## INDICTMENT

18 United States Code, Section 922 (g)(1) -- Felon in Possession of Firearm

A true bill.

_____
Foreman

Filed in open court this _____ day of
06/12/2007

_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. § 922(g)(1): Felon in possession of a firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant
prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-07-70312 EDL

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DREW CAPUTO

--- Name of District Court, and/or Judge/Magistrate Location ---
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---
▶ FREDERICK LIM JOHNSON

DISTRICT COURT NUMBER
CR 07 0371 CRB

--- DEFENDANT ---
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ▶ Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney



UNITED STATES DISTRICT COURT

E-filing   NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 0371 CRB |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: Title 18, United States Code, Section 922(g)(1) -- Felon in Possession of a Firearm |
| v. | ) |
| FREDERICK LIM JOHNSON, | ) |
| | ) SAN FRANCISCO VENUE |
| Defendant. | ) |
| | ) |

INDICTMENT

The Grand Jury charges:

On or about May 30, 2007, in the Northern District of California, the defendant,

FREDERICK LIM JOHNSON,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, specifically a Davis Industries .380 caliber semi-automatic pistol with serial number AP333129, in violation of

//

//

1  Title 18, United States Code, Section 922(g)(1).

3  DATED: June 12, 2007                    A TRUE BILL.

                                            _____
                                            FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney

   _____
9  IOANA PETROU
10 Chief, Major Crimes Section

12 (Approved as to form: _Andrew Caputo_ )
                        AUSA Caputo

2