```
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone:(415) 431-4500
Facsimile:(415) 255-8631
E-mail:    ttduboce@mindspring.com
```

Attorney for Defendant
**FREDERICK LIM JOHNSON**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of the State of California, | Case No. CR 07-0371 CRB |
| Plaintiff, | **EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR SUBSTITUTION OF COUNSEL** |
| v. | |
| **FREDERICK LIM JOHNSON,** | Date : **JUNE 29, 2006** |
| Defendant. | Time : 9:30 a.m. |
| | Dept.: Hon. CHARLES BREYER |

　　　　PLEASE TAKE NOTICE that on the June 29, 2007, at 9:30a.m., or at soon there after as counsel may be heard in the court room of the Honorable Charles Breyer, defendant will move the court for an order appointing and substituting new counsel in place of Tony Tamburello.

　　　　This motion in made under Criminal Local Rule 47-3 as

1

required by Criminal Local Rule 44-2, and because it's resolution affects all of the pending matters in this case and it is in the interest of the court, counsel for the government and Mr. Johnson to resolve it as promptly as possible.

Further, this motion will be based on the attached memorandum of points and authorities and declaration of counsel, and all papers and records on file in this action, and such evidence as may be introduced at the hearing of this motion.

Respectfully Submitted,

Dated: June 18, 2007          /S/
                              TONY TAMBURELLO
                              Attorney for defendant
                              **FREDERICK LIM JOHNSON**

# PROOF OF SERVICE

I, the undersigned, say:

I am over eighteen years of age and not a party to the above action.  My business address is 214 Duboce Avenue, San Francisco, California, 94066.

On June 18, 2007,  I electronically served copies of the attached on the following:

>Andrew Caputo
>Assistant U.S. Attorney
>Office of the United States Attorney
>450 Golden Gate Avenue
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2007, at San Francisco, California.

/S/_____

Gretchen Boland

# PROOF OF SERVICE

I, the undersigned, say:

I am over eighteen years of age and not a party to the above action.  My business address is 214 Duboce Avenue, San Francisco, California, 94066.

On June 18, 2007,  I electronically served copies of the attached on the following:

>Andrew Caputo
>Assistant U.S. Attorney
>Office of the United States Attorney
>450 Golden Gate Avenue
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2007, at San Francisco, California.

/S/_____

Gretchen Boland