```
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone:(415) 431-4500
Facsimile:(415) 255-8631
E-mail:    ttduboce@mindspring.com


Attorney for Defendant
FREDERICK LIM JOHNSON
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of the State of California,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**FREDERICK LIM JOHNSON,**<br><br>　　　　Defendant. | Case No. CR 07-0371 CRB<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF COUNSEL**<br><br>Date : **JUNE 29, 2007**<br>Time : 9:30a.m.<br>Dept.: Hon. CHARLES BREYER |

**MEMORANDUM OF POINTS AND AUTHORITIES**

　　As counsel for Mr. Johnson, I am applying for an order permitting me to withdraw under Criminal Local Rule 44-2(b). This motion is brought ex parte under Criminal Local Rule 47-3 so as to allow immediate determination.  I am under a legal and ethical obligation to raise this issue in as prompt a fashion as possible  so as to reduce any prejudice that may accrue to Mr.

1

Johnson or the government by withdrawing, and any inconvenience to the court. Fidelity Nat. Title Ins. Co. of NY v. Intercounty Nat. Title Ins. Co., et al., 310F.3d 537, 541 (7th Cir. 2002); Lempert v. Superior Court, 5 Cal. Rptr. 3d 700, 709-710, 112 Cal. App. 4th 1161, 1173-74 (2003). The facts underlying this motion are disclosed in detail in the Declaration of Tony Tamburello filed along with this motion.

Generally, counsel may withdraw under the local rules for good cause shown. Crim. L.R. 44-2(b). Such motions are within the courts discretion to grant or deny.

In this case Mr. Johnson knowingly and fully assents to counsels withdrawal and the appointment of other CJA counsel.

**CONCLUSION**

For the foregoing reasons, it is respectfully requested that counsel be allowed to withdraw as attorney of record.

Respectfully submitted,

Dated:   June 18, 2007        /S/
                              TONY TAMBURELLO
                              Attorney for Defendant
                              **FREDERICK LIM JOHNSON**

2

**DECLARATION OF TONY TAMBURELLO**

I, Tony Tamburello, declare under penalty of perjury, as follows:

1. I was appointed to represent Mr. **FREDERICK LIM JOHNSON** pursuant to the Criminal Justice Act on June 7, 2007.

2. Mr. Johnson has indicated his desire to exercise his right to have a speedy trial in accordance with the law.  I advised Mr. Johnson that I am currently scheduled to be on a family vacation during a good part of this summer and would not be able to proceed with his case within the time frame allowed by the speedy trial act.

3. In addition, I am one of the attorneys of record in United States v. Edgar Diaz, a Federal Death Penalty case before Judge Alsup.  It is an extremely time consuming matter and I am concerned that it would interfere with my ability to provide speedy trial representation of Mr. Johnson.

4. I have spoken with CJA coordinator, Ruben Deang at the

Federal Defenders Office and he advised that a new panel attorney will be present in court on June 29, 2007 and will accept the appointment, if the court allows me to withdraw as attorney of record.

Given the above representation, it is respectfully suggested that new counsel would be in a better position to represent Mr. Johnson in his case.

Dated: June 18, 2007          /S/
                              TONY TAMBURELLO
                              Attorney for Defendant
                              **FREDERICK LIM JOHNSON**