**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0371 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| FREDERICK L. JOHNSON, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has **rescheduled the time** for the status conference and defendants' motion to withdraw as counsel **to 3:30 p.m. on June 29, 2007** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 21, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy