UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:   July 6, 2007

Case No.  CR-07-0371 CRB        Judge: Charles R. Breyer

United States of America   v.   Frederick Johnson
                                Defendant (Interpreter: N/A)
                                Present ( X ) Not Present ( ) In-Custody (X)

**Andrew Caputo**                               **Randall Knox, CJA**
U.S. Attorney                                   Defense Counsel

**PROBATION:** **Bobby Love**

Deputy Clerk: Karen L. Hom                      Court Reporter: Juanita Gonzalez

**PROCEEDINGS:**                                **RULING:**

1. Status Conference/Trial Setting              Held.

**RESULT OF HEARING:**

This case will be tried in August before the Speedy Trial Date of 8/21/7.  Case shall be reassigned to Judge Martin Jenkins.  If the parties work out a disposition prior to the hearing date before Judge Jenkins, the parties may contact Judge Breyer's clerk to have matter added to Judge Breyer's calendar.  The July 11, 2007 hearing date before Judge Breyer has been VACATED.
_____

**Case Continued to** _07/26/07 @ 2:00 PM before Judge Jenkins_ **for A Status Conf.**

**Case Continued to** _____ **for Motions**

**(Motion Due** _____, **Opp Due** _____, **Reply Due** _____**)**

**Case Continued to** _____ **for Pretrial**

**Case Continued to** _____ **for Trial (Court/Jury:** _____**days)**

**Case Continued to** _____ **for** _____
_____
EXCLUDABLE DELAY (CATEGORY) _____

**Begins** _____   **Ends** _____

**Order to be submitted by: AUSA** _____ **Def. Counsel** _____

_____