**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**CASE NUMBER:  CR 07-00371 CRB**
**CASE TITLE:  USA-v-FREDERICK LIM JOHNSON**

## REASSIGNMENT ORDER
General Order 44, Sec.E.4.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the  Honorable Martin J. Jenkins  for

all further proceedings.

Counsel are instructed that all future filings shall bear the new  initials MJJ  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE
RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN
REASSIGNED.

Date:  July 9, 2007

CHARLES R. BREYER,
Transferring Judge

MARTIN J. JENKINS
Accepting Judge

New Case File Clerk:
    Copies to :    Courtroom Deputies
                    Special Projects
    Log Noted
    Entered in computer

Transferring Case Systems Administrator:
    Copies to :    All Counsel
                    Recipient (Accepting) CSA