UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

**THE HONORABLE MARTIN J. JENKINS**           Courtroom Clerk: **Edward Butler**

Date: **July 26, 2007**                       Court Reporter: **Sylvia Russo**

Case No:    **CR 07-371 MJJ**                 Time in Court: 2:29 – 2:32 p.m.

DEFENDANT:    **FREDERICK LIM JOHNSON**   ( ) Present   () Not Present   ( **X**) In Custody

AUSA:    **Drew Caputo, Tracie Brown**

DEF ATTY:  **Randall Knox**

Interpreter:                 Probation Officer:

REASON FOR HEARING:    **Status Conference / Trial Setting**

Motions (if any) to be filed no later than:
Motions to be noticed to be heard no later than  otherwise, they will be deemed to be waived.

RESULT(S):
- The Speedy Trial Deadline is 8/21/07.  Parties anticipate trial length as 4-5 days
- Motions in Limine deadline 8/3/07, to be filed simultaneously.  Oppositions due 8/7/07.  Parties are to file proposed voir dire questions 8/7/07, and Government's Exhibit List due 8/7/07.,

TRIAL SET for: **8/13/07 at 8:30 a.m.**

CASE CONTINUED TO:   **8/9/07 at 3:00 p.m**  for **Pretrial Conference**

BASIS TO EXCLUDE TIME GRANTED FOR: _____  Thru _____

JUDGMENT:

Notes:

cc: David Weir, Jury Supervisor