1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   TRACIE L. BROWN (CSBN 188349)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7004
      FAX: (415) 436-7234
8     Email: andrew.caputo@usdoj.gov
      Email: tracie.brown@usdoj.gov
9
   Attorneys for Plaintiff
10

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        )   No. CR 07-0371 MJJ
                                     )
16       Plaintiff,                  )   DECLARATION OF BRIAN J. GUY IN
                                     )   SUPPORT OF THE UNITED STATES'
17       v.                          )   MOTION IN LIMINE CONCERNING
                                     )   INEXTRICABLY INTERTWINED
18  FREDERICK LIM JOHNSON,           )   EVIDENCE AND OTHER ACTS
                                     )
19       Defendant.                  )   Date: August 9, 2007
    _____     )   Time: 3:00 p.m.
20

21       I, BRIAN J. GUY, declare as follows:

22       1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and have

23  been for approximately seventeen years. I am the Bank Robbery Coordinator for the San

24  Francisco Division of the FBI, and the lead case agent in this investigation.

25       2.     Attached hereto as Exhibit A is a true and correct copy of a photograph taken

26  from video surveillance of the bank robbery that occurred on February 14, 2003 at the Bank of

27  America located at 3100 Crow Canyon Road, San Ramon, California. In the photograph, both

28  robbers are wearing plastic costume-style masks. According to an FBI 302 report that I have

    GUY DECL. I/S/O U.S.' MOTION IN LIMINE
    CR 07-0371 MJJ

1  reviewed, in a May 2003 statement, Johnson told my former colleague, Special Agent Derek
2  Price, that he and an associate named Mark Padua robbed a Bank of America in San Ramon, and
3  that he frequently used plastic masks in his robberies. Special Agent Price determined that the
4  Bank of America that Johnson and Padua robbed was the one pictured in Exhibit A.

5      3.   Johnson was arrested on May 30, 2007 while sitting in the front passenger seat of
6  a car that was being driven by Edward Kang. Attached hereto as Exhibits B and C are true and
7  correct copies of photographs of the contents of the bag found on the floorboard of the seat where
8  Johnson was sitting when he was arrested on May 30, 2007.

9      I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd
10 day of August, 2007 at San Francisco, California.

_____
BRIAN J. GUY, Special Agent

GUY DECL. I/S/O U.S.' MOTION IN LIMINE
CR 07-0371 MJJ                                    2