# EXHIBIT A

Government's Exhibit



BANK OF AMERICA
3100 CROW CANYON RD.
SAN RAMON, CA
02/14/03
91A-SF-133673