# EXHIBIT B

Government's Exhibit

