# EXHIBIT C

Government's Exhibit

