SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   E-Mail: Andrew.Caputo@usdoj.gov
   E-Mail: Tracie.Brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0371 MJJ |
|     Plaintiff, | UNITED STATES' PROPOSED VOIR DIRE |
|     v. | Pretrial Conf.:  August 9, 2007 |
| FREDERICK LIM JOHNSON, | Trial Date:  August 13, 2007 |
|     Defendant. | Place:  19th Floor, Ctrm. 11 |
| | The Hon. Martin J. Jenkins |

     The government proposes that the Court provide potential jurors with a basic standard questionnaire, including questions such as: name; date of birth; birthplace; current and prior residences (and number of years or months at each); current and prior occupations (and number of years or months at each); educational background; spouse/partner's name and occupation; number and ages of children; military service; organizational affiliations; hobbies; prior jury service (date, court, and type of case); and the names of newspapers or magazines they regularly read.

GOV'T PROPOSED VOIR DIRE
CR 07-0371 MJJ

In addition to the standard questionnaire, the government proposes the following voir dire questions:

1. Do you know the Hon. Martin J. Jenkins, or any of his Court staff? If so, in what capacity? Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

2. Do you know the defendant, Frederick Lim Johnson?

3. Do you know any of the following attorneys: Drew Caputo, Tracie Brown, or Randall Knox? If so, in what capacity? Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

4. Do you know the United States Attorney, Scott N. Schools? If so, in what capacity? Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

5. Do you know any of the following witnesses: Derek Price, Kelly Heller, Michael ("Mick") Gurney, David L. Smith, Brian J. Guy, Sabina Wiedmer, Brian Gilhooly, David Walden, Shannon Prince, Richard Phillip Duran, and [any defense witnesses]? If so, in what capacity? Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

6. Are you, any member of your family, or any close friend or relative employed in the field of law enforcement? If so, in what capacity? Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

7. Are you, any member of your family, or any close friend or relative employed in the field of law? If so, in what capacity? Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

8. The defendant in this case is charged with being a convicted felon who unlawfully possessed a firearm. Is there anything about that charge that would prevent you from being a fair and impartial juror in this case?

9. Is anyone involved in any organizations relating to firearms, criminal law, or law enforcement? If so, what organization? What is its aim? Is there anything about that answer

GOV'T PROPOSED VOIR DIRE
CR 07-0371 MJJ                               2

1  that would affect your ability to be a fair and impartial juror in this case?

2      10.    Have you ever been involved in a criminal matter, either an arrest or in court, that concerned yourself, a member of your immediate family, or close friend as a defendant, witness, or victim? If so, please explain. Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

    11.    Have you, any member of your family, or a close friend ever been involved in a gun-related crime, regardless of whether it was prosecuted? If so, please explain. Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

    12.    Mr. Johnson is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt. Would anyone have a problem giving Mr. Johnson the benefit of a presumption of innocence? If so, please explain. Would anyone have a problem convicting Mr. Johnson if the evidence proves his guilt beyond a reasonable doubt? If so, please explain.

    13.    Does anyone have any strong feelings about firearms or the regulation of firearms? If so, what are those feelings? Is there anything about that answer that would affect your ability to be a fair and impartial juror in this case?

    14.    In this case, the government may call as witnesses agents from the Federal Bureau of Investigation (FBI). Does anyone have any strong feelings about the FBI or law enforcement officers generally that would affect their ability to be a fair and impartial juror in a case involving testimony from FBI agents?

    15.    Does anyone have any moral, religious, philosophical, or constitutional beliefs that would make them reluctant to serve on a criminal jury on a charge relating to unlawful gun possession? If so, what?

    16.    Does anyone have any moral, religious, philosophical, or constitutional beliefs that would prevent them from judging a fellow citizen? If so, what?

    17.    Does anyone believe that law enforcement officers sometimes use unfair techniques to catch people committing crime? If so, please explain.

    18.    If you are selected to sit on the jury, will you be able to render a verdict solely on

GOV'T PROPOSED VOIR DIRE
CR 07-0371 MJJ    3

1  the basis of the evidence presented in the context of the law as the Court explains it to you,
2  regardless of any ideas, notions or beliefs that you may have about the law?
3      19.    Having heard the Court's questions, does any reason suggest itself to you as to
4  why you could not sit on this jury and render a fair verdict based on the evidence presented and
5  in the context of the law as the Court instructs you?
6      20.    Is there anything else that you would like to bring to the Court's attention (*e.g.*,
7  health problems, hearing problems, difficulty understanding English, personal bias, financial
8  hardships) that might affect your ability to sit on the jury and be a fair and impartial juror?
9
10     As its preparations are continuing, the United States reserves the right to supplement this
11 proposed voir dire prior to trial.

12     Respectfully submitted,

13     SCOTT N. SCHOOLS
    United States Attorney
14

15
Dated: August 7, 2007                      /s/
16     ANDREW P. CAPUTO
    Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28

GOV'T PROPOSED VOIR DIRE
CR 07-0371 MJJ                        4