1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   TRACIE L. BROWN (CSBN 188349)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7004
      FAX: (415) 436-7234
8     Email: andrew.caputo@usdoj.gov
      Email: tracie.brown@usdoj.gov
9
   Attorneys for Plaintiff
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,        )   No. CR 07-0371 MJJ
                                      )
16 |     Plaintiff,                   )   DECLARATION OF BRIAN J. GUY IN
                                      )   SUPPORT OF THE UNITED STATES'
17 |     v.                           )   OPPOSITION TO DEFENDANT's
                                      )   MOTION IN LIMINE
18 | FREDERICK LIM JOHNSON,           )
                                      )   Date: August 9, 2007
19 |     Defendant.                   )   Time: 3:00 p.m.
                                      )
20

21      I, BRIAN J. GUY, declare as follows:

22      1.   I am a Special Agent with the Federal Bureau of Investigation (FBI), and have

23 been for approximately seventeen years. For approximately the past ten years, I have been the

24 Bank Robbery Coordinator for the San Francisco Division of the FBI, which covers the entire

25 Northern District of California. I am the lead case agent in this investigation.

26      2.   Over the course of my career with the FBI, I have personally investigated between

27 approximately 500 and 1000 bank robberies. In my capacity as Bank Robbery Coordinator, I

28 have reviewed every bank robbery that occurred in the Northern District of California over the

GUY DECL. I/S/O U.S.' OPP. TO D'S MOTION IN LIMINE
CR 07-0371 MJJ

1  past ten years, which generally means that I have reviewed those robberies' case files,
2  surveillance photographs, and law enforcement reports. As there are approximately 300 bank
3  robberies per year in this District, I estimate that I have reviewed approximately 3000 bank
4  robberies. In the course of my work, I have thus become extremely familiar with bank robbery
5  methods.

6      3. In my experience, it is fairly common for bank robbers to use some type of face
7  covering when robbing banks. The most common types of face covering are: large sunglasses;
8  bandanas; ski masks; nylons pulled over the head; and turtleneck-type items pulled up from the
9  neck, over the mouth, and up to the eyes.

10     4. On the other hand, in my experience, the use of a plastic or rubber costume-style
11 mask is quite rare. Excluding those robberies which Frederick Lim Johnson has admitted
12 committing or in which he is a suspect, I can recall fewer than ten other robberies in which a
13 plastic or rubber costume-style mask was used in this District.

14     I declare under penalty of perjury that the foregoing is true and correct. Executed this
15 7th day of August, 2007 at San Francisco, California.

_____
BRIAN J. GUY, Special Agent

GUY DECL. I/S/O U.S.' OPP. TO D'S MOTION IN LIMINE
CR 07-0371 MJJ                                    2