1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   TRACIE L. BROWN (CSBN 188349)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7004
      Facsimile: (415) 436-7234
8     Email: andrew.caputo@usdoj.gov
      Email: tracie.brown@usdoj.gov
9
   Attorneys for Plaintiff
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )   No. CR 07-0371 MJJ
15                                  )
         Plaintiff,                 )
16                                  )   UNITED STATES' EXHIBIT LIST
      v.                            )
17                                  )   Pretrial Conf.:   August 9, 2007
   FREDERICK LIM JOHNSON,           )   Trial Date:       August 13, 2007
18                                  )   Place:            19th Floor, Ctrm. 11
         Defendant.                 )
19                                  )   The Hon. Martin J. Jenkins

20

21

22       Pursuant to this Court's order, the United States hereby submits its exhibit list for its

23  case-in-chief:

24  
| EXH. NO | DESCRIPTION | BATES NO. (IF ANY) |
|---|---|---|
| 1 | Photograph of Ford Explorer and Honda Accord | copy produced as FJ094, FJ248 |
| 2 | Leather bag | |
| 3 | Photograph of leather bag in Ford Explorer | copy produced as FJ099 |

28

GOV'T EXHIBIT LIST
CR 07-0731 MJJ

| | | |
|---|---|---|
| 4 | Gun: a Davis Industries .380 caliber semi-automatic pistol, serial # AP333129, including magazine | |
| 5 | Gloves (found inside leather bag) | |
| 6 | Mask (found inside leather bag) | |
| 7 | Cap (found inside leather bag) | |
| 8 | Plastic shopping bag (found inside apartment) | |
| 9 | Mask with price tag (found inside plastic shopping bag) | |
| 10 | Mask shell (found inside plastic shopping bag) | |
| 11 | Mask shell (found inside plastic shopping bag) | |
| 12 | Receipt from House of Humor (found inside plastic shopping bag) | copy produced as FJ187 |
| 13 | ATF/Davis Industries document showing transport of gun from Chino, CA to Prescott, AZ | copy produced as FJ234 |
| 14 | Davidson's "screen shot" showing sale and shipping of gun from Prescott, AZ to Bakersfield, CA | copy produced as FJ224 |
| 15 | Davidson's invoice showing sale and shipping of gun from Prescott, AZ to Bakersfield, CA | copy produced as FJ225 |
| 16 | Declaration of Jennifer Bailey pursuant to FRE 902(11) | copy produced as FJ223 |
| 17 | Photograph of February 25, 2003 bank robbery | copy produced as FJ247 |
| 18 | Infinity Insurance Temporary Identification Card (found inside Ford Mustang) | copy produced as FJ236 |
| 19 | Infinity Insurance Co. Policy (found inside Ford Mustang) | copy produced as FJ235 |
| 20 | Map (found inside apartment) | |
| 21 | List of addresses (found with map) | copy produced as FJ185 |
| 22 | Letter from Vanessa Short (found inside apartment) | copy produced as FJ237 |
| 23 | Envelope addressed to Fred Johnson | copy produced as FJ238 |

GOV'T EXHIBIT LIST
CR 07-0731 MJJ                                      2

As its preparations are continuing, the United States reserves the right to supplement this exhibit list before trial.

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

Dated: August 7, 2007                                        /s/
                                                ANDREW P. CAPUTO
                                                Assistant United States Attorney