SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
   Email: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FREDERICK LIM JOHNSON,<br><br>    Defendant. | No. CR 07-0371 MJJ<br><br>UNITED STATES' RULE 16 DISCLOSURE RE FINGERPRINTS EXPERT<br><br>Pretrial Conf.:  August 9, 2007<br>Trial Date:  August 13, 2007<br>Place:  19th Floor, Ctrm. 11<br><br>The Hon. Martin J. Jenkins |

      Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States hereby provides notice of its intent to call Shannon Prince, M.S., a Physical Scientist/Forensic Examiner with the FBI's Latent Print Operations Unit in Quantico, Virginia.

      A summary of Ms. Prince's opinions, including the methodologies and bases underlying those opinions, is attached hereto as Exhibit A.

      As to her qualifications, Ms. Prince's CV is attached hereto as Exhibit B. Please note that Ms. Prince has previously testified as an expert in federal court, although this experience is not

U.S.' RULE 16 DISCLOSURE – PRINCE
CR 07-731 MJJ

1  mentioned in her CV.

2      As its preparations are continuing, the United States reserves the right to supplement this
3  Rule 16 disclosure prior to trial.

4                                          Respectfully submitted,

5                                          SCOTT N. SCHOOLS
6                                          United States Attorney

7  

8  Dated: August 7, 2007                           /s/
                                                      ANDREW P. CAPUTO
9                                          Assistant United States Attorney