# EXHIBIT A

Government's Exhibit

## SUMMARY STATEMENT

Title:    RICHARD PHILLIP DURAN;
          TYSON TREVOR PERRYMAN;
          FREDERICK LIM JOHNSON;
          Bank of America
          2031 Ralston Avenue
          Belmont, California;
          02/24/2007;
          BR(A)

Case ID Number:         91A-SF-141191

Laboratory Number:      070621004 PO SS

Specimens:    Q29     Magazine and cartridges

              K9      Davis Industries Pistol, Serial Number AP333129

              K10     Major case prints of FREDERICK LIM JOHNSON

              K11     Major case prints of EDWARD KANG

        Physical Scientist/Forensic Examiner Shannon E. Prince is prepared to testify in the
United States District Court, Northern District of California, San Francisco, California, to the
examinations conducted in the captioned case. The following, which were used in the
examinations of the aforementioned specimens, are accepted and proven methods used for
developing latent prints on non-porous surfaces:

        1) Visual Examination
        2) Laser or forensic light source
        3) Cyanoacrylate fuming
        4) Dye stain
        5) Laser or forensic light source
        6) Fingerprint powder

        Physical Scientist/Forensic Examiner Shannon E. Prince will testify that two latent
fingerprints, which are from the extreme tips of the fingers, were developed on K9, are not

Page 2 of 4

070621004 PO SS

For Official Use Only

fingerprints of the Defendant, FREDERICK LIM JOHNSON, FBI #210911LA8, or EDWARD SANG KANG, FBI #362179LB6. The fingerprints were compared, insofar as possible, with the available fingerprints of RICHARD PHILLIP DURAN, JR., FBI#187152PB9; TAVARAS LEE BLACKMON, FBI #3999497HB4; and TYSON TREVOR PERRYMAN, FBI #513838CC4, without effecting an identification.

Ms. Prince's opinion is based on the ACE-V methodology (analysis, comparison, evaluation, verification). This methodology includes a qualitative and quantitative assessment of the unknown (latent prints) and the known exemplars. It is the methodology practiced by the FBI and taught in FBI instructional courses. Furthermore, it is well documented in peer review books, such as Quantitative-Qualitative Friction Ridge Analysis by David R. Ashbaugh (1999 by CRC Press LLC, ISBN 0-8493-7007-8).

The fundamental principles for effecting friction ridge identifications are uniqueness and permanence. Each fingerprint, palm print, and foot print is specific to one person and the friction ridge arrangement remains permanent throughout a persons life.

The analysis included qualitative and quantitative assessments of the latent prints and the known prints. The qualitative assessment of the latent prints was based on the clarity of the friction ridges, the substrate on which the latent print was developed, and the processing technique applied. The qualitative assessment of the known prints was based on the clarity of the friction ridges and the recording method used. Quantitative assessments of the latent prints and the known prints were made using the three levels of friction ridge detail. Based on these analyses, a determination was made that there is sufficient quality and quantity of information to perform a comparison between the latent prints and the known exemplars.

The comparison of the latent prints with the known prints was accomplished by observing the information present in the three levels of friction ridge detail. The first level of detail includes the overall ridge flow and orientation. Level 2 detail is the ridge path, which has specific characteristics including an ending ridge, a dividing ridge, and a dot. It is important to note the type, location, general direction, and unit relationship of all level 2 characteristics present in both the latent fingerprints and the known exemplars. Finally, level 3 detail includes the individual ridge attributes, such as ridge shape and ridge width.

The evaluation was based on the comparison between the latent prints and the known exemplars. The identification decision was based on the aggregate of the quality and quantity of friction ridge detail in agreement between the latent print and the known print, and the lack of any unexplainable discrepancies.

Page 3 of 4

070621004 PO SS

In the final phase of the ACE-V methodology when an identification is effected, an additional certified latent print examiner performs an independent analysis, comparison, and evaluation of the latent prints and known exemplars. In this case, the verification phase was not utilized because no identifications were effected.

Shannon E. Prince
Physical Scientist/Forensic Examiner
Latent Print Operations Unit
Laboratory Division
Federal Bureau of Investigation

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 4 of 4

070621004 PO SS

For Official Use Only