# EXHIBIT B

Government's Exhibit

# CURRICULUM VITAE
FBI Forensic Examiner



## Shannon E. Prince, M.S.

Federal Bureau of Investigation
Laboratory Division - Latent Print Operations Unit
2501 Investigation Parkway
Quantico, VA 22135
Office (703) 632-7148   Cell (703) 576-4619   Fax (703) 632-7397
Shannon.Prince@ic.fbi.gov

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| March 2004 - present | **Physical Scientist / Forensic Examiner**<br>FBI Laboratory – Latent Print Operations Unit<br>Federal Bureau of Investigation<br>Quantico, VA<br><br>Conduct examinations and comparisons in an ASCLD/LAB accredited laboratory utilizing a documented quality assurance program that includes annual proficiency testing, verifications of identifications, technical reviews, administrative reviews, and adherence to standard operating procedures.<br><br>Responsibilities include examining and processing evidence for the presence and/or development of latent prints; comparing and identifying latent prints with the prints of known individuals; conducting searches utilizing the FBI's Integrated Automated Fingerprint Identification System (IAFIS); generating reports based on the results of findings; and providing expert witness testimony, as requested.<br><br>Additional responsibilities include processing hands of unknown deceased individuals for identification purposes; instructing local, state, federal, and international law enforcement personnel; and mixing and testing laboratory chemicals.<br><br>Member of the FBI's Disaster Squad and Major Incident Management Team. |
| Aug 2000 – Aug 2001 | **Surgical Pathology Technician**<br>Surgical Pathology Laboratory<br>Cleveland Clinic Foundation<br>Cleveland, OH<br><br>Conducted anatomical examinations on biopsy specimens received from the surgical department and satellite surgical facilities; operated the Cryostat machine for frozen section diagnosis; maintained equipment and laboratory safety manuals; and prepared the necessary chemical reagents and working solutions. In addition, served as the Surgical Pathology Laboratory representative at weekly Anatomic Pathology/Laboratory Medicine meetings with physicians and administrators. |
| June 2000 – Aug 2000 | **Deputy Coroner Intern**<br>Allegheny County Coroner's Office<br>Pittsburgh, PA<br><br>Fielded phone calls to the Coroner's Office to determine jurisdiction of the case; investigated cases by preparing a comprehensive case report; removed and transported human remains; notified families of deaths; issued and served subpoenas; and received medical records and personal effects of decedents. |

## EDUCATION

| | |
|---|---|
| Aug 2001 – Dec 2002 | **Xavier University**<br>Cincinnati, Ohio<br>Master of Science in Criminal Justice<br>Concentration in Criminalistics<br>Recipient of the Paul J. Hahn Award for Outstanding Achievement in Graduate Studies |
| Aug 1996 – Aug 2000 | **Muskingum College**<br>New Concord, Ohio<br>Bachelor of Science in Biology<br>Minors in Chemistry and Sociology<br>Graduated Magna cum Laude |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| June 2005 - present | Member of the **Chesapeake Bay Division of the International Association for Identification** |

## PROFESSIONAL TRAINING

| | |
|---|---|
| May 2007 | *Courtroom Testimony Techniques.* Instructor – Ron Smith, Ron Smith and Associates, Inc. Quantico, Virginia – 16 hours. |
| August 2006 | *Instructor Development Course.* Instructor – SSA Kathleen Mitchell – FBI Training Division. Quantico, Virginia – 40 hours. |
| August 2006 | *Introduction to Forensic Digital Imaging.* Instructor – David Wortski – Foray Technologies. Quantico, Virginia – 40 hours |
| June 2006 | *Advanced Palm Print Comparison Techniques.* Instructor – Ron Smith, Ron Smith and Associates, Inc. Quantico, Virginia – 24 hours |
| Sept 2005 | *Prenatal Origins of Human Variations in Friction Ridges.* Instructor – Dr. William Babler. Quantico, Virginia – 6 hours. |
| Aug 2005 | *Basic Forensic Ridgeology.* Instructor – David Ashbaugh. Ron Smith and Associates, Inc. and the International Association for Identification. Quantico, Virginia – 40 hours |
| May 2004 – Jan 2006 | Latent Print Physical Scientist/Forensic Examiner Certification Training Program. Federal Bureau of Investigation. Quantico, Virginia. 20 months |

## PROFESSIONAL INSTRUCTION/PRESENTATION

| | |
|---|---|
| June 2007 | Instruction for FBI Honors Interns. Quantico, Virginia. |
| February 2007 | Instruction for ORAU Contractors of the Terrorist Explosive Device Analytical Center (TEDAC). Quantico, Virginia. |
| September 2006 | Instruction for Supervisory Special Agents of the Behavioral Analysis Unit. Aquia, Virginia. |
| August 2006 – Present | Instruction for New Agent Training. FBI Academy. |
| August 2006 – Present | Instruction for Physical Scientist/Forensic Examiners. FBI Laboratory. |

## DISASTER VICTIM IDENTIFICATION

| | |
|---|---|
| January 2006 – Present | FBI LPU Disaster Squad. Operation Iraqi Freedom, Casualty Identification (Dover, DE) |