Randall Knox, State Bar No. 113166
870 Market Street, Suite 1152
San Francisco, CA 94102
(415) 765-7500
Attorney for Frederick Lim Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0371 CRB |
| Plaintiff, | **DEFENDANT'S PROPOSED VOIR DIRE** |
| v. | Date: August 9, 2007 |
| FREDERICK LIM JOHNSON, | Courtroom: |
| | Trial date: August 13, 2007 |
| Defendant. | |

**TO THE UNITED STATES ATTORNEY AND THE ABOVE COURT:**

The defendant, Frederick Lim Johnson, requests that the Court inquire of prospective jurors:

1. Would anyone find it difficult to be fair and impartial in a case where a defendant is charged with being a convicted felon in possession of a firearm?

2. Does anyone have an opinion about guns or gun control that would make it difficult to be fair and impartial in a gun possession case?

3. The defendant admits that he was previously convicted of a felony. Would anyone find it difficult to presume the defendant innocent because he is a convicted felon? Does the defendant's

1

status as a convicted felon cause anyone to believe that it is more likely that the defendant is guilty?

    4. The defendant may choose not to testify in this case. Does anyone feel that an innocent defendant should always testify at trial? If the defendant didn't testify in this case, would anyone consider it an indication that the defendant is probably guilty?

    5. Does anyone consider federal agents to be more credible or more believable than other people? Would anyone tend to believe an agent simply because he or she works for the government?

    6. Does anyone have an opinion on whether Filipinos are more likely to possess guns or commit crimes than other people?

    7. Does anyone have strong feelings about gambling that would make it difficult to be fair and impartial if there were evidence that the defendant gambled on a regular basis?

Dated: August 8, 2007          Respectfully submitted,


                          _____/s/_____
                          Randall Knox
                          Attorney for Frederick Lim Johnson

2

PROOF OF SERVICE BY E-FILING

U.S. v. Frederick Lim Johnson                No. CR-07-0371 MJJ

I, the undersigned, declare: I am a citizen of the United States, over the age of eighteen years and am not a party to the within action.  My business address is 870 Market Street, Suite 1152, San Francisco, CA 94102.  I served a true copy of the attached **DEFENDANT'S PROPOSED VOIR DIRE** upon the below named persons at the address given below by electronic filing on August 8, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the City and County of San Francisco, CA on the date next given below.

> **Drew Caputo, Esq.**
> **Assistant U.S. Attorney**
> **450 Golden Gate Ave, 11th Floor**
> **San Francisco, CA 94105**

Dated:  August 8, 2007

_____/s/_____
Randall Knox

3