1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   TRACIE L. BROWN (CSBN 188349)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7004
      FAX: (415) 436-7234
8     Email: andrew.caputo@usdoj.gov
      Email: tracie.brown@usdoj.gov
9
   Attorneys for Plaintiff
10

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION
14

15  UNITED STATES OF AMERICA,          )   No. CR 07-0371 MJJ
                                        )
16         Plaintiff,                   )   DECLARATION OF JENNIFER BAILEY
                                        )   PURSUANT TO FRE 803(6) AND 902(11)
17         v.                           )
                                        )   Trial Date:  August 13, 2007
18  FREDERICK LIM JOHNSON,              )   Time:        8:30 a.m.
                                        )
19         Defendant.                   )
                                        )
20  _____)

21       Pursuant to Federal Rules of Evidence 803(6) and 902(11), attached is the Declaration of

22  Jennifer Bailey, of Davidson's Law Enforcement Firearms in Prescott, Arizona.

23                                          Respectfully submitted,

24                                          SCOTT N. SCHOOLS
                                            United States Attorney
25

26
   Dated: August 9, 2007                    /s/
27                                          ANDREW P. CAPUTO
                                            Assistant United States Attorney
28

   CR 07-0371 MJJ
   DECLARATION OF J. BAILEY

DECLARATION

In Re: <u>United States v. Frederick Lim Johnson</u>
CR 07-371 CRB

I, Jennifer Bailey, a duly authorized member of the Licensing Department of Davidson's, Inc. (a/k/a Davidson's Law Enforcement Firearms) (hereinafter "Davidson's"), located at 6100 Wilkinson Drive in Prescott, Arizona, hereby certify that the enclosed records are true and correct copies of (1) an invoice showing Davidson's sale of a firearm with serial number AP333129 to Floyd's Stores, Inc., in Bakersfield, California, on March 26, 1993; and (2) a "screen shot" from the computer screen that shows the same information.

I am employed by Davidson's as _Licensing_. I have personal knowledge of Davidson's record keeping system. I certify that: (1) the enclosed records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (2) were kept in the course of Davidson's regularly conducted business activity; (3) were made by the regularly conducted activities of Davidson's as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

Executed this _6th_ day of _August_, in Prescott, Arizona.

DATE _8/6/2007_

_J.B. Bailey_
(Signature)

_Licensing_
(Title)

FJ223

Item #:                          Location: All Locations
   Unit:                         Ser#: AP333129

Ref #  Customer/Vendor Name Invc-#   Date   Item No     Serial #
327179 FLOYDS STORES INC    166157 I? 03/26/93 P-380C       AP333129
 FFL# 977015015B07475 Exp-Dt 02/01/95 Tel 805 327 1793 City BAKERSFIELD CA
  Unit-Prc    .00  Disc %   .00 Net-Prc     .00
DAV   DAVIS INDUSTRIES    10386  R 03/05/93 P-380C         AP333129

# DAVIDSON'S
*Home of "The Lifetime Replacement Program"*

6100 Wilkinson Dr.
Prescott, AZ 86301
1-800-367-4867
FAX (520) 776-0344

**INVOICE**

| INVOICE NO | PAGE |
|---|---|
| 166157 | 1 |
| INVOICE DATE | |
| 03/26/93 | |

SOLD TO: FLOYDS STORES INC
2020 SOUTH CHESTER AVENUE
BAKERSFIELD   CA 93304

SHIP TO: FLOYDS STORES INC
2020 SOUTH CHESTER AVENUE
BAKERSFIELD   CA 93304

FFL# 977015015B07475 EXP-DT 02/01/95

| ORDER # | ORDER DATE | CUSTOMER NO | LOC | SLSMN | PURCHASE ORD NO | JOB NUMBER | SHIP VIA | COL PPD |
|---|---|---|---|---|---|---|---|---|
| 159105 | 03/26/93 | 327179 | P | 021 | 85972 | | BEST WAY | |

| QTY SHIP | QTY RETURN | ITEM NO. DESCRIPTION | UNIT PRICE | UOM DISC | NET PRICE |
|---|---|---|---|---|---|
| 60 | 60 | P-380C/0702B<br>DAV P-380 380 PIST CHROME | 61.9900 | EA<br>.00 | 3,719.40 |

SERIAL #:
AP333144  AP333143
AP333142  AP333141
AP333140  AP333139
AP333138  AP333137
AP333136  AP333135
AP333134  AP333133
AP333132  AP333131
AP333130  AP333129
AP333128  AP333127
AP333126  AP333125
AP333124  AP333123
AP333122  AP333193
AP333192  AP333191
AP333190  AP333189
AP333188  AP333187
AP333186  AP333185
AP333184  AP333183
AP333182  AP333181
AP333180  AP333179
AP333178  AP333177
AP333176  AP333175
AP333174  AP333173
AP333172  AP333171
AP333170  AP333169
AP333168  AP333167
AP333166  AP333165
AP333164  AP333163

COMMENTS:

TERMS:

SALE AMOUNT
INSURANCE/C.O.D.
HANDLING
SALES TAX
TOTAL
AMOUNT RECEIVED
BALANCE DUE

FJ225

# DAVIDSON'S®
Home of *The Lifetime Replacement Program*

6100 Wilkinson Dr.
Prescott, AZ 86301
1-800-367-4867
FAX (520) 776-0344

## INVOICE



| INVOICE NO | PAGE |
|---|---|
| 166157 | 2 |
| INVOICE DATE | |
| 03/26/93 | |

| SOLD TO | SHIP TO |
|---|---|
| FLOYDS STORES INC<br>2020 SOUTH CHESTER AVENUE<br><br>BAKERSFIELD   CA 93304 | FLOYDS STORES INC<br>2020 SOUTH CHESTER AVENUE<br><br>BAKERSFIELD   CA 93304 |

FFL# 977015015B07475 EXP-DT 02/01/95

| ORDER NO | ORDER DATE | CUSTOMER NO | LOC | SLSMN | PURCHASE ORD NO | JOB NUMBER | SHIP VIA | COL PPD |
|---|---|---|---|---|---|---|---|---|
| 159105 | 03/26/93 | 327179 | P | 021 | 85972 | | BEST WAY | |

| QTY SHIPPED | QTY SHIP/RETURN | ITEM NO. DESCRIPTION | UNIT PRICE | UOM DISC | NET PRICE |
|---|---|---|---|---|---|
| | | SERIAL #:  AP333162   AP333161<br>            AP333160   AP333159<br>            AP333158   AP333229 | | | |
| 5 | 5 | L-380CB/0901B<br>LOR L-380 380 PST C BLK GRP<br>SERIAL #:  126656   126657<br>            126658   126659<br>            126660 | 61.9900 | EA | 309.95 |

COMMENTS:

PLEASE SHIP 03-31-93 PER
CUSTOMER'S REQUEST. THX. PHIL....
YOUR BUSINESS IS APPRECIATED.

TERMS:   DUE MAY 10TH

| | |
|---|---|
| SALE AMOUNT | 4,029.35 |
| INSURANCE/C.O.D. | 7.50 |
| HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 4,036.85 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 4,036.85 |

FJ226