SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
   Email: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0371 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' AMENDED EXHIBIT LIST |
| FREDERICK LIM JOHNSON, | ) | Trial Date: August 13, 2007<br>Place: 19th Floor, Ctrm. 11 |
| Defendant. | ) | The Hon. Martin J. Jenkins |

The United States hereby submits the following amended exhibit list:

| EXH. NO | DESCRIPTION | BATES NO. (IF ANY) |
|---|---|---|
| 1 | Photograph of Ford Explorer and Honda Accord | copy produced as FJ094, FJ248 |
| 2 | Leather bag | |
| 3 | Photograph of leather bag in Ford Explorer | copy produced as FJ099 |

GOV'T EXHIBIT LIST
CR 07-0731 MJJ

| | | |
|---|---|---|
| **4** | Gun: a Davis Industries .380 caliber semi-automatic pistol, serial # AP333129, including magazine | |
| **5** | Gloves (found inside leather bag) | |
| **6** | Mask (found inside leather bag) | |
| **7** | Cap (found inside leather bag) | |
| **8** | Black holster (found inside leather bag) | |
| **9** | Plastic shopping bag (found inside apartment) | |
| **10** | Mask with price tag (found inside plastic shopping bag) | |
| **11** | Mask shell (found inside plastic shopping bag) | |
| **12** | Mask shell (found inside plastic shopping bag) | |
| **13** | Receipt from House of Humor (found inside plastic shopping bag) | copy produced as FJ187 |
| **14** | ATF/Davis Industries document showing transport of gun from Chino, CA to Prescott, AZ | copy produced as FJ234 |
| **15** | Davidson's "screen shot" showing sale and shipping of gun from Prescott, AZ to Bakersfield, CA | copy produced as FJ224 |
| **16** | Davidson's invoice showing sale and shipping of gun from Prescott, AZ to Bakersfield, CA | copy produced as FJ225 |
| **17** | Photograph of Ford Explorer | copy produced as FJ094 |
| **18** | Photograph of leather bag and contents of bag | copy produced as FJ094 |
| **19** | Infinity Insurance Temporary Identification Card (found inside Ford Mustang) | copy produced as FJ236 |
| **20** | Infinity Insurance Co. Policy (found inside Ford Mustang) | copy produced as FJ235 |
| **21** | Envelope addressed to Fred Johnson (found inside apartment) | copy produced as FJ238 |
| **22** | Letter from Vanessa Short (found inside apartment) | copy produced as FJ237 |

GOV'T EXHIBIT LIST
CR 07-0731 MJJ                                       2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: August 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

GOV'T EXHIBIT LIST
CR 07-0731 MJJ                    3