SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CASBN 184339)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234
   e-mail: andrew.caputo@usdoj.gov
   e-mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0371 MJJ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF ADDITION OF COUNSEL |
| FREDERICK LIM JOHNSON, | ) | |
| Defendant. | ) | |

     The United States hereby notifies the Court and counsel for the Defendant that Assistant United States Attorney (AUSA) Tracie L. Brown will be representing the United States in the above-captioned case, in addition to AUSA Andrew Caputo.  Please include AUSA Brown in all future correspondence, pleadings, and notices.  The United States further requests the Court Clerk to add AUSA Brown to all e-filing notifications.

///

///

///

NOTICE OF ADDITION OF COUNSEL
CR 07-0371 MJJ

1  AUSA Brown's information is as follows:

2
        Tracie L. Brown
3          Assistant United States Attorney
        450 Golden Gate Avenue, 11th Floor
4          San Francisco, CA 94102
        Telephone: (415) 436-6917
5          Facsimile: (415) 436-7234
        Email: tracie.brown@usdoj.gov
6

7

8  DATED:  August 10, 2007    Respectfully submitted,

9          SCOTT N. SCHOOLS
        United States Attorney
10

11        ___/s/_____
      ANDREW P. CAPUTO
12        TRACIE L. BROWN
      Assistant United States Attorneys

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ADDITION OF COUNSEL
CR 07-0371 MJJ         2