UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Edward Butler**

Date: **August 9, 2007**          Court Reporter: **Belle Ball**

Case No:    **CR 07-0371-01 MJJ**          Time in Court: 3:22 – 4:42 p.m.

DEFENDANT:       **FREDERICK LIM JOHNSON**       (**X**) Present   () Not Present   (**X**) In Custody

AUSA:       **Andrew Caputo, Tracie Brown**

DEF ATTY:   **Randall Knox**


Interpreter:                              Probation Officer:

REASON FOR HEARING:    **Final Pretrial Conference**

Motions (if any) to be filed no later than:
Motions to be noticed to be heard no later than   otherwise, they will be deemed to be waived.

RESULT(S):
- Voir dire procedures discussed and trial schedule.  Evidence expected to be completed by Friday, 8/17/07.
- Motions in Limine addressed.  Defendant's Motion in Limine (Docket No. 26) GRANTED in part and DENIED in part, as set forth on the record.  Government's Motion in Limine (Docket No. 27) GRANTED in part and DENIED in part, as set forth on the record.
- The court will meet with counsel Monday, 8/13/07 at 9:00 am, jury selection will begin at 9:30 a.m.
- Exhibits are to be tendered to the court on 8/13/07.  Exhibit lists are to be filed 8/10/07.
- If defendant anticipates use of an expert, he shall inform the prosecution by 9:00 am 8/13/07.


TRIAL SET for:

CASE CONTINUED TO:    **8/13/07 at 9:00 a.m.**   for **Jury Trial**

BASIS TO EXCLUDE TIME GRANTED FOR:  _____   Thru _____

JUDGMENT:

Notes:

cc: