SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CASBN 184339)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-7234
    e-mail: andrew.caputo@usdoj.gov
    e-mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0371 MJJ |
|     Plaintiff, | ) | |
| v. | ) | NOTICE OF AMENDED WITNESS LIST |
| FREDERICK LIM JOHNSON, | ) | |
|     Defendant. | ) | |

    The United States hereby notifies the Court and counsel for the Defendant that it has slightly revised its list of expected witnesses. Accordingly, during voir dire, the Court should inquire whether any member of the panel knows any of the following witnesses: Kelly Heller, Michael ("Mick") Gurney, Shannon Prince, Udora Hugee, Sheryl Manz, Brian J. Guy, Sabina Wiedmer, Brian Gilhooly, David Walden, Richard Phillip Duran, John Dubin, and Dixon Kuglin.

///

///

///

1  DATED: August 12, 2007            Respectfully submitted,

2                                    SCOTT N. SCHOOLS
                                     United States Attorney
3

4                                    ____/s/_____
                                     ANDREW P. CAPUTO
5                                    TRACIE L. BROWN
                                     Assistant United States Attorneys
6

NOTICE OF AMENDED WITNESS LIST
CR 07-0371 MJJ                              2