SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   E-Mail: Andrew.Caputo@usdoj.gov
   E-Mail: Tracie.Brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                   )<br>    Plaintiff,                )<br>                                   )<br>   v.                           )<br>                                   )<br>FREDERICK LIM JOHNSON,     )<br>                                   )<br>    Defendant.            )<br>_____) | No. CR 07-0371 MJJ<br><br>UNITED STATES' PROPOSED JURY INSTRUCTIONS<br><br>Trial Date:      August 13, 2007<br>Place:           19th Floor, Ctrm. 11<br><br>The Hon. Martin J. Jenkins |

       The United States hereby submits its proposed jury instructions, all of which are derived from the Ninth Circuit's Manual of Model Criminal Jury Instructions.

U.S.' PROPOSED JURY INSTRUCTIONS
CR 07-0371 MJJ

| Instruction No. | Description |
|---|---|
| 1.1 | Duty of Jury |
| 1.2 | The Charge – Presumption of Innocence[1] |
| 1.3 | What Is Evidence |
| 1.4 | What Is *Not* Evidence |
| 1.5 | Evidence For Limited Purpose |
| 1.6 | Direct and Circumstantial Evidence |
| 1.7 | Ruling on Objections |
| 1.8 | Credibility of Witnesses |
| 1.9 | Conduct of the Jury |
| 1.10 | No Transcript Available to the Jury |
| 1.11 | Taking Notes |
| 1.12 | Outline of Trial |
| 2.1 | Cautionary Instructions – First Recess |
| 2.2 | Bench Conferences and Recesses |
| 2.4 | Stipulations of Fact |
| 2.10 | Other Crimes, Wrongs or Acts of Defendant[2] |

---

[1] This instruction would read as follows:

This is a criminal case brought by the United States government. The government charges the defendant with being a felon in possession of a firearm. The charge against the defendant is contained in the indictment. The indictment is simply the description of the charges made by the government against the defendant; it is not evidence of anything.

In order to help you follow the evidence, I will now give you a brief summary of the elements of the crime which the government must prove to make its case: First, that the defendant knowingly possessed a firearm; second, that the firearm had been shipped or transported from one state to another; third, at the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

The defendant has pleaded not guilty to the charge and is presumed innocent unless and until proved guilty beyond a reasonable doubt. A defendant has the right to remain silent and never has to prove innocence or present any evidence.

[2] This instruction would read as follows: You are about to hear evidence of statements made by and other acts engaged in by the defendant. I instruct you that the testimony is being admitted only for the limited purpose of being considered by you on the question of the identity of the person or persons who possessed the gun, as well as the defendant's motive, preparation,

U.S.' PROPOSED JURY INSTRUCTIONS
CR 07-0371 MJJ                    2

| | | |
|---|---|---|
| 1 | 3.0 | Cover Sheet for Jury Instructions |
| 2 | 3.1 | Duties of Jury to Find Facts and Follow Law |
| 3 | 3.2 | Charge Against Defendant Not Evidence – Presumption of Innocence – Burden of Proof |
| 4 | 3.3 *OR* | Defendant's Decision Not to Testify [if Johnson does not take the stand] |
| 5 | 3.4 | Defendant's Decision to Testify [if Johnson does take the stand] |
| 6 | 3.5 | Reasonable Doubt – Defined |
| 7 | 3.6 | What is Evidence |
| 8 | 3.7 | What is Not Evidence |
| 9 | 3.8 | Direct and Circumstantial Evidence |
| 10 | 3.9 | Credibility of Witnesses |
| 11 | 3.10 | Evidence of Other Acts of Defendant |
| 12 | 3.18 | Possession – Defined [with additions][3] |
| 13 | 4.1 | Statements by Defendant |
| 14 | 4.3 | Other Crimes, Wrongs, or Acts of Defendant[4] |

---

plan, knowledge, or intent, and for no other purpose.

[3] The instruction would read as follows, with case citations in brackets omitted:
A person has possession of something if the person knows of its presence and has physical control of it; this is defined as actual possession.
Alternatively, a person has possession of something if the person knows of its presence and has the power and intention to control it; this is defined as constructive possession. Constructive possession means that there is a sufficient connection between the defendant and the firearm to support the inference that the defendant exercised a dominion and control over the firearm. [*United States v. Young,* 420 F.3d 915, 917 (9th Cir. 2005).] Constructive possession may also be shown by proof that the defendant participated in a joint venture to possess the firearm. [*United States v. Hernandez*, 876 F.2d 774, 778 (9th Cir. 1989).]
In addition, more than one person can be in joint possession of something if each knows of its presence and has the power and intention to control it. [*United States v. Carrasco*, 257 F.3d 1045, 1050 (9th Cir. 2001).]
A showing of actual, constructive, or joint possession is sufficient to establish the possession element of a § 922(g) charge. [*United States v. Shirley*, 884 F.2d 1130, 1134 (9th Cir 1989).]

[4] This instruction would read as follows: You have heard evidence of statements made by and other acts engaged in by the defendant. You may consider that evidence only as it bears

U.S.' PROPOSED JURY INSTRUCTIONS
CR 07-0371 MJJ                                         3

| 4.6 | Impeachment, Prior Conviction of Defendant [if Johnson takes the stand] |
|---|---|
| 4.8 | Impeachment Evidence – Witness [if Kang testifies] |
| 4.17 | Opinion Evidence, Expert Witness |
| 5.6 | Knowingly – Defined[5] |
| 7.1 | Duty to Deliberate |
| 7.2 | Consideration of Evidence |
| 7.3 | Use of Notes |
| 7.4 | Jury Consideration of Punishment |
| 7.5 | Verdict Form [no need for additional explanation of the form] |
| 7.6 | Communication with Court |
| 8.59 | Firearms – Unlawful Possession [including alternate language regarding defendant's stipulation to prior felony conviction] |

As its preparations are continuing, the United States reserves the right to supplement its proposed jury instructions.

                                                  Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

Dated:  August 12, 2007                          /s/

                                                  ANDREW P. CAPUTO
                                                  Assistant United States Attorney

---

on the identity of the person or persons who possessed the gun, as well as the defendant's motive, preparation, plan, knowledge, or intent, and for no other purpose.

   [5] The instruction would read as follows:
     An act is done knowingly if the defendant is aware of the act and does not act through ignorance, mistake, or accident. The government is not required to prove that the defendant knew that his acts or omissions were unlawful. You may consider evidence of the defendant's words, acts, or omissions, along with all the other evidence, in deciding whether the defendant acted knowingly.

U.S.' PROPOSED JURY INSTRUCTIONS
CR 07-0371 MJJ                                              4