IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| **HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Edward Butler** |
| DATE: **August 13, 2007** | Court reporter: **Belle Ball** |
| Case Number: **CR 07-0371 MJJ** | Time in Court: 9:29 a.m. – 2:22 p.m. |

Case Name:   **UNITED STATES OF AMERICA v. FREDERICK LIM JOHNSON**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| **Andrew Caputo, Tracie Brown** | **Randall Knox** |

TRIAL BEGAN: August 13, 2007 (jury selection)

TYPE OF HEARING:   **Trial to Jury** (Day One)

Jury voir dire and selection. Of 42 jury panel members present, 8 jurors excused for cause. 7 peremptory challenges exercised by plaintiff (including 1 challenge for an alternate); 10 peremptory challenges exercised by the defense. Jury of 14 seated, including 2 alternates. Jury trial to resume at 9:00 a.m, Wednesday, 8/15/07.

**Trial Motions Heard**:
1.
2.

**Disposition**
1.
2.

**Plaintiff's Exhibits Admitted:** None.

**Defendant's Exhibits Admitted:** None.

**Witnesses:**

**Plaintiff:** None.

**Defendant:** None.

**Verdict:** None.