IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| **HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Edward Butler** |
| DATE: **August 15, 2007** | Court reporter: **Belle Ball** |
| Case Number: **CR 07-0371 MJJ** | Time in Court: 9:16 a.m. – 1:40 p.m. |

Case Name:   **UNITED STATES OF AMERICA v. FREDERICK LIM JOHNSON**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| **Andrew Caputo, Tracie Brown** | **Randall Knox** |

TRIAL BEGAN: August 13, 2007 (jury selection)

TYPE OF HEARING:   **Trial to Jury** (Day Two)

Jury sworn.  Government's opening statement (Ms. Brown).  Defendant's opening statement (Mr. Knox). Witness testimony.  Exhibits Admitted. Jury trial to resume at 8:30 a.m, Thursday, 8/16/07.

**Trial Motions Heard**:
1.
2.

**Disposition**
1.
2.

**Plaintiff's Exhibits Admitted:** 1, 18, 17, 3, 2, 4, 6, 5, 7, 15, 16, 14, 23, 25.

**Defendant's Exhibits Admitted:** None.

**Witnesses:**

**Plaintiff:** Kelly Heller, Michael Gurney, Jonathan Dubin, Cheryl Manz, Udora Hugee, Shannon Prince.

**Defendant:** None.

**Verdict:** None.