IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| **HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Edward Butler** |
| DATE: **August 16, 2007** | Court reporter: **Belle Ball** |
| Case Number: **CR 07-0371 MJJ** | Time in Court: 8:45 a.m. – 12:45 p.m. |

Case Name:   **UNITED STATES OF AMERICA v. FREDERICK LIM JOHNSON**

| | |
|---|---|
| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
| **Andrew Caputo, Tracie Brown** | **Randall Knox** |

TRIAL BEGAN: August 13, 2007 (jury selection)

TYPE OF HEARING:   **Trial to Jury** (Day Three)

Government reads factual stipulations reached by the parties.  Witness testimony.  Exhibits Admitted. Government rests. Defendant rests. Jury Instruction Conference. Jury trial to resume at 8:45 a.m [counsel only] and 9:00 a.m [jury] Friday, 8/17/07.

**Trial Motions Heard**:
1.
2.

**Disposition**
1.
2.

**Plaintiff's Exhibits Admitted:** 10, 11, 12, 26, 27, 8, 21, 19, 20, 9, 13.

**Defendant's Exhibits Admitted:** A, B.

**Witnesses:**

**Plaintiff:** Michael Puente, Brian Guy, Brian Gilhooly, Robin Wright, David Walden.

**Defendant:** None.

**Verdict:** None.