SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-7234
    e-mail: andrew.caputo@usdoj.gov
    e-mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

FILED
AUG 1 6 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0371 MJJ |
| Plaintiff, | |
| v. | TRIAL STIPULATIONS |
| FREDERICK LIM JOHNSON, | |
| Defendant. | |

    In the trial of the above-referenced matter, the United States and the defendant hereby stipulate as follows:

    1.    On August 6, 2003, the defendant, Frederick Lim Johnson, was convicted of a crime punishable by imprisonment for a term exceeding one year – that is, a felony.

    2.    Exhibit 4, the gun found by the FBI on May 30, 2007, is a "firearm" within the meaning of Section 922(g) of Title 18 of the United States Code.

TRIAL STIPULATIONS
CR 07-0371 MJJ

| | |
|---|---|
| 1    SO STIPULATED. | |
| 2    DATED: August 13, 2007 | Respectfully submitted, |
| 3 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | |
| 5 | /s/ Andrew Caputo<br>ANDREW P. CAPUTO |
| 6 | TRACIE L. BROWN<br>Assistant United States Attorneys |
| 7 | |
| 8    DATED: August 13, 2007 | |
| 9 | /s/<br>RANDALL KNOX |
| 10 | Attorney for Frederick Lim Johnson |

TRIAL STIPULATIONS
CR 07-0371 MJJ                                  2