IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| **HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Edward Butler** |
| DATE: **August 17, 2007** | Court reporter: **Belle Ball** |
| Case Number: **CR 07-0371 MJJ** | Time in Court: 8:51 a.m. – 12:04 p.m. |

Case Name:   **UNITED STATES OF AMERICA v. FREDERICK LIM JOHNSON**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| **Andrew Caputo, Tracie Brown** | **Randall Knox** |

TRIAL BEGAN: August 13, 2007 (jury selection)

TYPE OF HEARING:   **Trial to Jury** (Day Four)

Further jury instruction conference with counsel. Final Jury Instructions provided to jury. Government's closing argument (Mr. Caputo). Defendant's closing argument (Mr. Knox). Government's rebuttal closing argument (Mr. Caputo). Court Security Officer sworn. Two alternates placed on standby. Jury deliberates. Jury Notes submitted. Verdict reached. Jury polled, verdict unanimous. Jury thanked and excused. Judgment and sentencing set for 11/1/07, at 2:00 p.m. Probation Referral Form provided to counsel after hearing, and copy to Probation Department.

**Trial Motions Heard**:
1.
2.

**Disposition**
1.
2.

**Plaintiff's Exhibits Admitted:**

**Defendant's Exhibits Admitted:**

**Witnesses:**

**Plaintiff:** None.

**Defendant:** None.

**Verdict:** Defendant found guilty by unanimous verdict of Count One of the Indictment, being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

cc: U.S. Probation Office