UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ**  Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

## TRIAL LOG SHEET

| DISTRICT JUDGE MARTIN J. JENKINS | | | PLAINTIFF ATTORNEY: Andrew Caputo, Tracie Brown | DEFENSE ATTORNEY: Randall Knox |
| --- | --- | --- | --- | --- |
| TRIAL DATE: August 13, 2007 | | | REPORTER(S): Belle Ball | CLERK: Edward Butler |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
| --- | --- | --- | --- | --- | --- | --- |
| | | 9/16 | | | Trial to Jury - Day 2 - 8/15/07 | |
| | | | | | Jury Sworn. | |
| | | | | | Court gives preliminary Instructions. | |
| | | 9:24 | | | Governments Opening Statement (Ms. Brown) | |
| | | 9:30 | | | Defendant's Opening Statement (Mr. Knox). | |
| | | 9:42 | | | Gov't witness Kelly Heller (sworn) | |
| | | | | | Direct exam (Mr. Caputo) | |
| | | | | | Demonstrative Exhibits Displayed (unmarked) | |
| 1 | | | ✓ | ✓ | Photo of vehicles | |
| 18 | | | ✓ | ✓ | Photo of bag + contents | |
| | | 10:13 | | | Cross examination (Mr. Knox) | |
| 18 | | | ✓ | | | |
| | A | | ✓ | | Photo of bag + contents | |
| | | 10:14 | | | Re-direct exam (Mr. Caputo) | |
| | | 10:20 | | | Re-Cross exam (Mr. Knox). | |
| | | 10:36 | | | Gov't witness Michael Gurney (sworn). | |
| | | | | | Direct exam (Mr. Caputo). | |
| 17 | | | ✓ | ✓ | Photo of Ford Explorer | |
| 3 | | | ✓ | ✓ | Photo of bag in Ford Explorer | |
| 2 | | | ✓ | ✓ | Leather Bag | |
| 4 | | | ✓ | ✓ | Gun | |
| 6 | | | ✓ | ✓ | Mask | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ** Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION  Trial to Jury - Day 2 - 8/15/07 | BY |
|---|---|---|---|---|---|---|
| 5 | | | ✓ | ✓ | Gloves | |
| 7 | | | ✓ | ✓ | Cap | |
| 10 | | | ✓ | | Photo of bag + contents | |
| | | 14:14 - 11:44 | | | Court in recess | |
| | | | | | Cross examination of Government County | |
| | | | | | (Mr. Knox). | |
| 6 | | | ✓ | | Holster | |
| 17 | | | ✓ | | Ford Explorer Photo | |
| 18 | | | ✓ | | Photo of bag | |
| | | 11.58 | | | Re-direct exam (Mr. Lopots). | |
| | | 12.04 pm | | | Re-cross exam (Mr. Knot). | |
| | | 12:04 | | | Re-direct (Mr. Lopots | |
| | | 12:11 | | | Gov't witness Jonathan Dulah (sworn). | |
| | | | | | Direct exam (Ms. Brown). | |
| 3 | | | ✓ | | Photo of bag in Ford Explorer. | |
| | | 12:30 | | | Cross exam (Mr. Knox). | |
| 3 | | | ✓ | | | |
| | | 12:32 | | | Re-direct exam (Ms. Brown). | |
| | | 12:34 | | | Gov't witness Cheryl Manz (sworn). | |
| | | | | | Direct exam (Ms. Brown). | |
| 15 | | | ✓ | ✓ | Davidson's screen shot | |
| 16 | | | ✓ | ✓ | Davidson's invoice | |
| | | 12:41 | | | Cross exam (Mr. Knox). | |
| 16 | | | ✓ | | | |
| | | 12:45 | | | Re-direct exam (Ms. Brown. | |
| 15 | | | ✓ | | | |

2

Case No: **CR 07-0371 MJJ**   Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION Trial to Jury - Day 2 - 3/15/07 |
|---|---|---|---|---|---|
| | | 12:45 pm | | | Govt. witness Udorn Hugee (sworn) |
| | | | | | Direct examination (Mr. Grouto) |
| 14 | | | ✓ | ✓ | ATF record at Davis Industries |
| 23 | | | ✓ | ✓ | " " " " |
| 25 | | | ✓ | ✓ | Firearms Trace Summary Report |
| | | 1:01 pm | | | Cross Exam (M.. Knox). |
| | | 1:05 - 1:30 | | | Govt witness Shannon Prince (sworn) |
| 4 | | | ✓ | | Direct exam (Mr. Bruin) |
| | | 1:33 | | | Cross exam (Mr. Knox) |
| | | 1:38 | | | Redirect exam |
| | | 1:40 | | | Jury excused to return at |
| | | | | | 9:30 a.m, 8/16/07. |
| | | | | | |
| | | | | | Trial to Jury — Day 3 - 8/16/07 |
| | | 8.45 a.m. | | | Court in Session. — Jury present |
| | | | | | Govt. reads Stipulation 5 & that |
| | | | | | 1 was convicted of a felony; 2. That |
| | | | | | the gun found in Ai possession was a |
| | | | | | fire arm |
| | | 8:47 | | | Govt witness Michael B Puente (sworn). |
| | | | | | Direct examination (Mr. Gaputo). |
| | | 8.50 | | | Cross-examination (Mr. Knox). |
| | | 8:53 | | | Govt witness Brian Guy (sworn) |
| | | | | | Direct exam (Mr. Caputo) |
| 4 | | | ✓ | | Pistol |
| | | 8.54 | | | Cross - Exam (Mr. Knox). |

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ**  Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION Trial to Jury – Day 3 – 9/16/07 | BY |
|---|---|---|---|---|---|---|
| | A | | ✓ | ✓ | Photo of bag & contents | |
| | B. | | ✓ | ✓ | Photo of car interior | |
| | | 9:22 | | | ReDirect exam (Mr. Caputo) | |
| 10 | | | ✓ | ✓ | Mask | |
| 11 | | | ✓ | ✓ | Mask | |
| 12 | | | ✓ | ✓ | Mask | |
| 20 | | | ✓ | ✓ | List of Addresses | |
| 27 | | | ✓ | ✓ | Map | |
| 13 | | | ✓ | | Photo of bag | |
| 8 | | | ✓ | ✓ | holster | |
| 4 | | | ✓ | | Pistol | |
| | | 9:49 | | | Recross exam (Mr. Knox) | |
| | | 10:00 – | | | Jury exits courtroom | |
| | | 10:05 | | | Court in recess. | |
| | | 11:22 | | | Court in session – jury present | |
| | | | | | Govt. witness Brian Gilhooly (sworn) | |
| | | | | | Direct exam (Mr. Caputo). | |
| 21 | | | ✓ | ✓ | | |
| | | 10:31 | | | Cross Exam (Mr. Khox). | |
| | | 10:37 | | | Re-Direct exam (Mr. Caputo). | |
| 19 | | | ✓ | ✓ | Auto Insurance Card | |
| 20 | | | ✓ | ✓ | Auto Insurance Policy | |
| | | 10:40 | | | Re-Cross exam (Mr. Knox) | |
| | | 10:43 | | | Govt. witness Robb Wright (sworn | |
| | | | | | Direct exam (Mr. Brown). | |
| 9 | | | ✓ | | Plastic Bag | |

4

Case No: **CR 07-0371 MJJ**  Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION Trial to Jury -Day 3 - 8/16/07 | BY |
|---|---|---|---|---|---|---|
| 11 | | | ✓ | | Mask shull | |
| 12 | | | ✓ | | Mask shull | |
| 13 | | | ✓ | | Receipt from House of Humor | |
| 1ᵛ | | | ✓ | | Mask | |
| 6 | | | ✓ | | Mask | |
| | | 10:47 | | | Cross-exam (Mr. Knox) | |
| | | 10:50 | | | Govt. Witness David Walder (sworn) | |
| | | | | | Direct exam (Mr. Brown). | |
| 2 | | | ✓ | | Bag | |
| 9 | | | ✓ | ✓ | Plastic Bag | |
| 12 | | | ✓ | | Mask | |
| 13 | | | ✓ | ✓ | Receipt | |
| 11 | | | ✓ | | Mail | |
| 12 | | | ✓ | | M. in | |
| | | 11:10 | | | Cross-exam (Mr. Knox). | |
| | | 11:19 | | | Govt. rests | |
| | | 11:20 | | | Defense rests. | |
| | | | | | Jury excused ntl 9:00 amp 8/17/07 | |
| | | 11:24 | | | Court in recess | |
| | | 11:48 | | | Jury Instruction Conference | |
| | | 12:45 | | | Court in recess, Council to return | |
| | | | | | 9:45 am 8/17/07 | |
| | | | | | | |
| | | | | | Trial to Jury -Day 4 - 8/17/07 | |
| | | 8:51 | | | Further Jury Instruction Conference- | |
| | | | | | Outside presence of jurors | |

5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ**  Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION Trial to Jury — Day 4 — 8/17/07 |
|---|---|---|---|---|---|
| | | 8:59 | | | Court in recess |
| | | 9:04 | | | Court in session — jury present. |
| | | | | | Court gives Final Jury Instruction. |
| | | 9:22 | | | Governments Closing Argument (Mr. Caputo). |
| | | 9:40 | | | Court in brief recess. |
| | | 9:48 | | | Defendants Closing argument (Mr. Knox). |
| | | 10:19 | | | Governments Rebuttal Closing Argument |
| | | | | | (Mr. Caputo). |
| | | 10:25 | | | Courts Concluding Jury Instructions. |
| | | 10:30 | | | Court Security Officer Sworn. 2 Alternate on Standby. |
| | | | | | Jury Retires to Deliberate. |
| | | 10:35 | | | Admitted Exhibits, Instructions, Jury Note Form |
| | | | | | Provided to Jury |
| | | 10:35 | | | Jury Note 1 submitted re: deliberation |
| | | | | | Schedule. |
| | | 11:15 | | | Jury Note 2 submitted: Jury |
| | | | | | reaches verdict. |
| | | 11:35 | | | Jury enters courtroom, Jury verdict |
| | | | | | read. Defendant found guilty on |
| | | | | | sole Count of Indictment. |
| | | | | | Jury polled — verdict is unanimous. |
| | | | | | Verdict entered + recorded. |
| | | 11:42 | | | Jurors thanked + excused. Court in recess |
| | | 11:56 am | | | Defendant requests immediate Sentencing |
| | | | | | Request denied. |
| | | 12:02 pm | | | Reconvene, Sentencing set for 11/1/07, 2 pm. |
| | | 12:04 | | | Court in recess. |

6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ**   Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|--------|-------------------|----|----|-------------|----|
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |
|         |        |                   |    |    |             |    |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ**  Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ**  Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|--------|-------------------|----|----|-------------|----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-0371 MJJ**  Case Name: **UNITED STATES OF AMERICA** v. **FREDERICK LIM JOHNSON**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|--------|-------------------|----|-----|-------------|----|
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |
|         |        |                   |    |     |             |    |