Randall Knox, State Bar No. 113166
870 Market Street, Suite 1152
San Francisco, CA 94102
(415) 765-7500
Attorney for Frederick Lim Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FREDERICK LIM JOHNSON,<br><br>    Defendant. | No. CR-07-0371 MJJ<br><br>**MOTION TO WITHDRAW AS COUNSEL UNDER LOCAL RULE 44-2(b)**<br><br>Date: September 13, 2007<br>Time: 2:00 p.m.<br>Courtroom: 11 |

**TO THE UNITED STATES ATTORNEY AND THE ABOVE COURT:**

Defense counsel, Randall Knox, moves under Northern District of California Local Rule 44-2(b) to withdraw as counsel for the defendant, Frederick Lim Johnson.

On August 17, 2007, Johnson was found guilty after jury trial of being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1).

Johnson has expressed his desire to be represented by other counsel because he has lost confidence in current defense counsel. Further specificity would necessitate an intrusion into matters that are protected by the attorney-client privilege. Johnson is willing to elaborate on these grounds in camera.

1

In addition, defense counsel has filed under seal a Declaration that contains additional grounds for withdrawal as counsel and additional grounds in support of a motion for judgment of acquittal or a new trial under F.R.Cr.P. 29.

**CONCLUSION**

For the above reasons, defense counsel moves to withdraw as counsel for the defendant.

Dated: August 26, 2007        Respectfully submitted,


_____/s/_____
Randall Knox
Attorney for Frederick Lim Johnson

PROOF OF SERVICE BY PERSONAL DELIVERY

U.S. v. Frederick Lim Johnson                No. CR-07-0371 MJJ

I, the undersigned, declare: I am a citizen of the United States, over the age of eighteen years and am not a party to the within action. My business address is 870 Market Street, Suite 1152, San Francisco, CA 94102. I served a true copy of the attached M**OTION TO WITHDRAW AS COUNSEL** upon the below named persons at the address given below by personal service on August 26, 2007.

   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the City and County of San Francisco, CA on the date next given below.

> **Drew Caputo, Esq.**
> **Assistant U.S. Attorney**
> **450 Golden Gate Ave, 11th Floor**
> **San Francisco, CA 94105**

Dated: August 26, 2007

_____
Randall Knox

3