**FILED**

AUG 17 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0371 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **VERDICT** |
| FREDERICK LIM JOHNSON, | ) | |
| Defendant. | ) | |

We, the Jury in the above-entitled case, find the Defendant, Frederick Lim Johnson,

___✓___ Guilty       _____ Not Guilty

of being a felon in possession of a firearm, as charged in the sole Count in the Indictment.

Dated: 08/17, 2007

_____
FOREPERSON

Judith Adams

VERDICT
CR 07-0371 MJJ