IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. **CR 07 -0371 MJJ** |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| **FREDERICK LIM JOHNSON,** | |
| Defendant, | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Motion to Withdraw as Counsel** hearing scheduled for Thursday, September 13, 2007 at 2:00 p.m. (in San Francisco) before the Honorable Martin J. Jenkins. The hearing has been reset for **October 12, 2007, at 2:30 p.m. (in Oakland).**

Please report to Courtroom 4, U.S. Courthouse, 1301 Clay Street, Oakland, CA 94612.

Dated: 09/10/07

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Alfred Amistoso
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.