SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov
   E-mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> FREDERICK LIM JOHNSON, ) <br> ) <br>    Defendants. ) <br> ) | No. CR 07-0371 MJJ <br><br> STIPULATION REQUESTING (A) NEW BRIEFING SCHEDULE ON MOTION FOR JUDGMENT OF ACQUITTAL OR FOR NEW TRIAL AND (B) NEW SENTENCING DATE, AND [PROPOSED] ORDER |

The parties respectfully stipulate as follows:

1. Defendant Frederick Lim Johnson has filed a motion for judgment of acquittal or for new trial. Because the Court was unavailable on the date originally noticed for the motion hearing, the Court reset the hearing date for October 12, 2007, at 2:30 p.m., in Oakland.

2. In order to respond to defendant's motion, the United States has ordered the transcript for portions of the trial. The United States has not yet received the transcript but expects to receive it by September 21.

3. In light of the scheduling matters described in the previous two paragraphs, the

STIPULATION AND [PROPOSED] ORDER
CR 07-0371 MJJ

parties stipulate to the following schedule for completion of briefing on defendant's motion and respectfully ask the Court to adopt this stipulated briefing schedule:

| | |
|---|---|
| United States' Opposition to Defendant's Motion | October 2, 2007 |
| Defendant's Reply | October 9, 2007 |
| Hearing on Motion | October 12, 2007 |

    4.    Sentencing is currently set for November 1, 2007. Defendant requests that sentencing be continued to December 6, 2007. The United States has no objection to this request.

IT IS SO STIPULATED.

DATED:    September 20, 2007           _____/s/_____
                                                           RANDALL G. KNOX
                                                           Attorney for Defendant

DATED:    September 20, 2007           _____/s/_____
                                                           ANDREW P. CAPUTO
                                                           Attorney for the United States

## [PROPOSED] ORDER

In accordance with the stipulation of the parties, the schedule for briefing and argument on Defendant's Motion for Judgment of Acquittal or New Trial shall be as follows: The United States shall file its opposition on October 2, 2007. Defendant shall file his reply on October 9, 2007. The motion shall be heard on October 12, 2007, at 2:30 p.m., in Oakland, along with the Motion to Withdraw as Counsel filed by Mr. Knox.

Sentencing in this matter is continued to December 6, 2007, at 2:30 p.m.

IT IS SO ORDERED.

DATED:    September ___, 2007          _____
                                                           HONORABLE MARTIN J. JENKINS
                                                           United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION REQUESTING (A) NEW BRIEFING SCHEDULE ON MOTION FOR JUDGMENT OF ACQUITTAL OR FOR NEW TRIAL AND (B) NEW SENTENCING DATE, AND [PROPOSED] ORDER**

in the case of **UNITED STATES V. FREDERICK LIM JOHNSON, CR 07-0371 MJJ** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Jessica A. Goldsberry**
**U.S. Probation Officer**
**1301 Clay Street, Suite 220S**
**Oakland, CA  94612**
**Fax No:  510-637-3625**

_____    (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

  X      (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____    (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____    (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    September 25, 2007

                                                        /s/
                                                        RAWATY YIM
                                                        United States Attorney's Office

STIPULATION AND [PROPOSED] ORDER
CR 07-0371 MJJ                                          3