SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Facsimile: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov
   E-mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0371 MJJ |
| Plaintiff, | STIPULATION REQUESTING NEW SCHEDULE FOR PENDING MOTIONS AND FOR SENTENCING, AND [PROPOSED] ORDER |
| v. | |
| FREDERICK LIM JOHNSON, | |
| Defendants. | |

    The parties respectfully stipulate as follows:

    1.    The Court's staff has notified counsel for the parties that the currently scheduled hearing date on the pending motions filed by defendant and defendant's counsel must be continued. Accordingly, the parties stipulate to the following schedule for briefing and hearing on the pending motions and for sentencing:

| | |
|---|---|
| United States' Opposition to Defendant's Motion for Judgment of Acquittal or New Trial | October 18, 2007 |
| Defendant's Reply | October 25, 2007 |

STIPULATION AND [PROPOSED] ORDER
CR 07-0371 MJJ

| | |
|---|---|
| Hearing on Defendant's Motion for Judgment of Acquittal or New Trial and on Defendant's Counsel's Motion to Withdraw as Counsel | November 1, 2007 |
| Sentencing | December 6, 2007 |

2. The parties respectfully request that the Court adopt the schedule specified above.

IT IS SO STIPULATED.

DATED:   September 27, 2007

_____/s/_____
RANDALL G. KNOX
Attorney for Defendant

DATED:   September 26, 2007

_____/s/_____
ANDREW P. CAPUTO
Attorney for the United States

## [PROPOSED] ORDER

In accordance with the stipulation of the parties, the schedule for briefing and argument on Defendant's Motion for Judgment of Acquittal or New Trial shall be as follows:  The United States shall file its opposition on October 18, 2007.  Defendant shall file his reply on October 25, 2007.  The motion shall be heard on November 1, 2007, at 2:00 p.m., in San Francisco, along with the Motion to Withdraw as Counsel filed by Mr. Knox.

Sentencing in this matter is continued to December 6, 2007, at 2:00 p.m.

IT IS SO ORDERED.

DATED:   September \_\_\_, 2007

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0371 MJJ                                         2