1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   TRACIE L. BROWN (CSBN 184339)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7004
      Facsimile: (415) 436-7234
8     E-Mail: andrew.caputo@usdoj.gov
      E-mail: tracie.brown@usdoj.gov
9
   Attorneys for Plaintiff
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )   No. CR 07-0371 MJJ
15                                    )
         Plaintiff,                   )   STIPULATION REQUESTING NEW
16                                    )   SCHEDULE FOR PENDING MOTIONS
      v.                              )   AND FOR SENTENCING, AND
17                                    )   [~~PROPOSED~~] ORDER
   FREDERICK LIM JOHNSON,             )
18                                    )
         Defendants.                  )
19  _____)

20

21     The parties respectfully stipulate as follows:

22     1.   The Court's staff has notified counsel for the parties that the currently scheduled

23  hearing date on the pending motions filed by defendant and defendant's counsel must be

24  continued. Accordingly, the parties stipulate to the following schedule for briefing and hearing

25  on the pending motions and for sentencing:

26  United States' Opposition to Defendant's Motion          October 18, 2007
    for Judgment of Acquittal or New Trial
27
    Defendant's Reply                                        October 25, 2007
28

    STIPULATION AND [PROPOSED] ORDER
    CR 07-0371 MJJ

| | | |
|---|---|---|
| 1 | Hearing on Defendant's Motion for Judgment of | November 1, 2007 |
| 2 | of Acquittal or New Trial and on Defendant's Counsel's Motion to Withdraw as Counsel | |
| 3 | Sentencing | December 6, 2007 |

    2.    The parties respectfully request that the Court adopt the schedule specified above.

IT IS SO STIPULATED.

DATED:    September 27, 2007

                    /s/
RANDALL G. KNOX
Attorney for Defendant

DATED:    September 26, 2007

                    /s/
ANDREW P. CAPUTO
Attorney for the United States

## [PROPOSED] ORDER

In accordance with the stipulation of the parties, the schedule for briefing and argument on Defendant's Motion for Judgment of Acquittal or New Trial shall be as follows: The United States shall file its opposition on October 18, 2007. Defendant shall file his reply on October 25, 2007. The motion shall be heard on November 1, 2007, at 2:00 p.m., in San Francisco, along with the Motion to Withdraw as Counsel filed by Mr. Knox.

Sentencing in this matter is continued to December 6, 2007, at 2:00 p.m.

IT IS SO ORDERED.

DATED:    September 28, 2007

HONORABLE MARTIN J. JENKINS
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0371 MJJ                        2