UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: November 1, 2007

**Case No:** CR 07-00371 MJJ

**Case Title**: UNITED STATES v. FREDERICK LIM JOHNSON (present, I/C)

**Appearances:**

    For the Government: Andrew Caputo

    For Defendant(s): Randall Knox

**Interpreter:**                            **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa       **Court Reporter**: Sylvia Russo

### *PROCEEDINGS*

1. Hearing on the Motion for a New Trial - not held

### *SUMMARY*

- The motion to withdraw attorney is granted.
- This matter is continued to **Thursday, 11/29/07 at 9:30 AM before the duty magistrate for Appointment of New Counsel.**