```
Randall Knox, State Bar No. 113166
870 Market Street, Suite 1152
San Francisco, CA 94102
(415) 765-7500
Attorney for Frederick Lim Johnson
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDERICK LIM JOHNSON,<br><br>　　　　Defendant. | No. CR-07-0371 MJJ<br><br>[~~PROPOSED~~] ORDER SEALING DECLARATION OF RANDALL KNOX IN SUPPORT OF DEFENDANT'S MOTION FOR A NEW TRIAL AND COUNSEL'S MOTION TO WITHDRAW |

GOOD CAUSE APPEARING, IT IS ORDERED that the Declaration of Randall Knox in Support of Motion for New Trial and Motion to Withdraw as counsel shall be filed under seal.

Dated: October 28, 2007

_____
Hon. Martin J. Jenkins
United States District Judge

1