1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste. 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile:  510-531-5294
4
   Attorney for Defendant
5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                        **SAN FRANCISCO DIVISION**

10

11
   UNITED STATES OF AMERICA,           )   NO.: CR 07-0371 MJJ
12 CALIFORNIA,                         )
                                       )
13             Plaintiff,              )   **STIPULATION RE: SCHEDULING**
   vs.                                 )
14                                     )
                                       )
15 FREDERICK LIM JOHNSON,              )   Date:  December 6, 2007
                                       )   Time:  2:00 p.m.
16             Defendant.              )   Hon. Martin J. Jenkins

17

18     FREDERICK LIM JOHNSON, through his undersigned counsel, and the United States,

19 through its counsel, Drew Caputo, hereby agree as follows:

20     The parties jointly request that the Status Conference currently scheduled for December 6,

21 2007 be vacated and that defendant be accorded until December 21, 2007 to file any additional

22 pleadings in support of defendant's Motion for Judgment of Acquittal or New Trial. The parties

23 also request that this matter be next calendared for hearing on defendant's motion and for

24

25 >>

26 >>

27 >>

28

1  sentencing on January 24, 2008, at 2:00 p.m.

5  Dated: December 5, 2007                    -S-

     _____
     JAMES PHILLIP VAUGHNS
     Attorney for Defendant
     FREDERICK LIM JOHNSON

                                               -S-

10  Dated: December 5, 2007
     _____
     DREW CAPUTO
     Assistant U.S. Attorney

15  IT IS SO ORDERED.

20  DATED: _____

     _____
     MARTIN J. JENKINS
     United States District Judge

- 2 -