1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste. 289
   Oakland, California  94611
3  Telephone: 510-583-9622
   Facsimile: 510-531-5294
4
   Attorney for Defendant
5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                         **SAN FRANCISCO DIVISION**

10

11

12  UNITED STATES OF AMERICA,            )    NO.: CR 07-0371 MJJ
    CALIFORNIA,                          )
13                                       )
              Plaintiff,                 )    **STIPULATION RE: SCHEDULING**
14  vs.                                  )
                                         )
15  FREDERICK LIM JOHNSON,               )    Date:  December 6, 2007
                                         )    Time:  2:00 p.m.
16            Defendant.                 )    Hon. Martin J. Jenkins

17

18       FREDERICK LIM JOHNSON, through his undersigned counsel, and the United States,

19  through its counsel, Drew Caputo, hereby agree as follows:

20       The parties jointly request that the Status Conference currently scheduled for December 6,

21  2007 be vacated and that defendant be accorded until December 21, 2007 to file any additional

22  pleadings in support of defendant's Motion for Judgment of Acquittal or New Trial. The parties

23  also request that this matter be next calendared for hearing on defendant's motion and for

24

25  >>

26  >>

27  >>

28

sentencing on January 24, 2008, at 2:00 p.m.

Dated: December 5, 2007

-S-
_____
JAMES PHILLIP VAUGHNS
Attorney for Defendant
FREDERICK LIM JOHNSON

-S-

Dated: December 5, 2007

_____
DREW CAPUTO
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: __12/06/07__

_____
MARTIN J. JENKINS
United States District Judge

- 2 -