SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO



FILED
San Francisco County Superior Court

OCT 17 1994

DEPT. NO. __21__   JUDGE __ALEX SALDAMANDO__

ALAN CARLSON, Clerk
BY: _____
Deputy Clerk

ACTION NO. __150890__
PEOPLE OF THE STATE OF CALIFORNIA       vs.

DEFENDANT   __FREDERICK L. JOHNSON__

Counsel for the above-named defendant, __V ROY LEFCOURT__ present.
Defendant was convicted of the commission of the following crimes(s) of
(X) felony ( ) misdemeanor by (X) plea ( ) court ( ) jury:

| COUNT | CODE | SECTION | DEGREE |
|---|---|---|---|
| 1 | PC | 212.5(B) | |

1. (X) Count __1__ principal term,
   Defendant is sentenced to   STATE PRISON for a period of   __5__   years
   ( ) lower ( ) middle (X) upper term.
   ( ) Unstayed/unstricken enhancement(s) _____   _____ years
   ( ) Count(s)_____, consecutive term(s)   _____ years
   ( ) Count(s)_____, concurrent term(s)    _____ years
2. **TOTAL STATE PRISON TERM:**   __5__ years

3. (X)   **EXECUTION OF SENTENCE ORDERED SUSPENDED.**
   Defendant is placed on probation subject to the following terms/conditions for __3__ years.
   PROBATION BEGINS FROM ORIGINAL SENTENCE DATE OF 11-9-93
4. (X)   Defendant shall serve a term in County Jail of   __6 MONTHS__

5. (X)   Credit for time served is   __74__ days

6. (X) concurrently ( ) consecutively   WITH SENTENCE IMPOSED IN 157482 THIS DAY

7. ( ) Defendant is not eligible for ( ) County Parole ( ) Home Detention.

8. ( ) Defendant is not eligible for ( ) Early Release ( ) Work Furlough.

9. ( ) Sentence may be served through SWAP. Defendant to report _____ at _____

10. ( ) Defendant is remanded to the custody of the Sheriff.

11. ( ) Defendant shall be released only to _____

12. ( ) Execution of sentence is stayed to _____

THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
ATTEST: CERTIFIED

AUG 0 1 2007

GORDON PARK-LI, Clerk
San Francisco County Superior Court
BY _____ DEPUTY CLERK

13. (X) Other DEFENDANT WAIVED ALL PRIOR CTS FOR ALL TIME/PURPOSE.
   SENTENCE CONCURRENT WITH SC#157482.

I hereby certify that the foregoing is a true and correct abstract of orders duly made in the above entitled action on __10-13-94__ and entered in the minutes of the Superior Court.

ALAN CARLSON, CLERK

DEPUTY CLERK

EXECUTION OF SENTENCE SUSPENDED - PROBATION - COUNTY JAIL
**COMMITMENT**