REPORT – INDETERMINATE SENTENCE,
OR OTHER SENTENCE CHOICE

FORM CR 291

XX ☐ SUPERIOR
☐ MUNICIPAL }  COURT OF CALIFORNIA, COUNTY OF   SAN FRANCISCO
☐ JUSTICE

COURT (I.D.)  3 8    BRANCH OR JUDICIAL DISTRICT: _____

FILED
San Francisco County Superior Court
DEC 6 - 1993
ALAN CARLSON, Clerk
BY: _____ Deputy Clerk

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: FREDERICK LIM JOHNSON
AKA:

X ☐ PRESENT
☐ NOT PRESENT

CASE NUMBER (S)   150890   - A
- B

REPORT OF:  ☐ DEATH SENTENCE
☐ INDETERMINATE SENTENCE
X☒ OTHER SENTENCE CHOICE

AMENDED REPORT  ☐

- C
- D
- E

DATE OF HEARING (MO) (DAY) (YR)   11-09-93    DEPT. NO  25    JUDGE  LENARD D. LOUIE    CLERK  BEVERLY HEYWOOD

REPORTER  connie mihos    COUNSEL FOR PEOPLE  HARRY DORFMAN    COUNSEL FOR DEFENDANT  DOUGLASS RAPPAPORT    PROBATION NO. OR PROBATION OFFICER  334665

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS).

☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION | | | CONVICTED BY | | | 654 STAY |
| | | | | | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 212.5(b) ** | ROBBERY, 2ND DEGREE | 93 | 9 | 02 | 93 | | X | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

2. ENHANCEMENTS (charged and found true) TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC. For each count list enhancements horizontally. DO NOT LIST enhancements charged but not found true or stricken under § 1385. DO NOT LIST TIME imposed. For indeterminate terms, report enhancements and time imposed for them on the abstract.

| Count | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 12022.5PC | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under §667.5(b) list § 667.5(b) 2 times. DO NOT LIST enhancements not found true. Also enter here any enhancement not provided for in space 2. DO NOT LIST TIME imposed. For indeterminate terms, report enhancements and time for them on the abstract.

| Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S | Enhancement | Yes or S |
|---|---|---|---|---|---|---|---|---|---|
| Enhancement | | Enhancement | | Enhancement | | Enhancement | | Enhancement | |

4. ☐ Defendant was sentenced TO DEATH on counts _____ .

5. ☐ Defendant was sentenced to State Prison for an indeterminate term:

   A. ☐ For LIFE, or a term such as 15 or 25 years to life, WITH POSSIBILITY OF PAROLE on counts _____ .

   B. ☐ For LIFE WITHOUT the possibility of parole on counts _____ .

   C. ☐ For other term prescribed by law on counts _____ . (Life Terms are on "A" and "B.")

6. ☐ Counts _____ are alternate felony/misdemeanors and were DEEMED MISDEMEANORS.

   A term in jail  ☐ was  ☐ was not  ordered.

7. XX For counts   1   _____ the defendant was placed on FELONY probation.

   A. (1) ☐ Sentence pronounced and execution of sentence was suspended; or

   (2) X☒ Imposition of sentence was suspended.

   B.  Conditions of probation included   X☒ Jail Time  122 days  ☐ Fine

8. ☐ Other dispositions   122 CTS

   A. ☐ Defendant was committed to California Youth Authority.

   B. ☐ Proceedings suspended, and defendant was committed to California Rehabilitation Center.

   C. ☐ Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.

   D. ☐ Proceedings suspended, and defendant was committed as mentally incompetent.

NOTE 1:  PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON.

NOTE 2:  FOR DEATH SENTENCE OR INDETERMINATE SENTENCE, ABSTRACT OF JUDGMENT MUST ALSO BE PREPARED. IT IS NOT SENT TO THE ADMINISTRATIVE OFFICE OF THE COURTS (AOC).

NOTE 3:  IF DEFENDANT IS SENTENCED ON BOTH DETERMINATE AND INDETERMINATE COUNTS, FORM DSL 290 OR 290.1 MUST BE PREPARED AND SENT TO AOC AS WELL AS THIS FORM (AND AN ABSTRACT FOR INDETERMINATE COUNTS THAT IS NOT SENT TO AOC).

DEPUTY'S SIGNATURE  Beverly A Heywood    DATE  11-09-93

REPORT – INDETERMINATE SENTENCE
FORM CR 291

Form Adopted by the
Judicial Council of California
Effective April 1, 1992

Const. Art. VI § 6