AO 245 S (Rev. 1/94)(N.D.Cal. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA,
  Plaintiff,

v.

FREDERICK JOHNSON
  Defendant,

AUSA Jonathan Schmidt
USPO Catherine S. McQueen

Case Number CR 94-0543

FILED JUN 11 1996
RICHARD W. WIEKING, CLERK

ENTERED IN CRIMINAL DOCKET JUL 2 1996

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, FREDERICK JOHNSON, was represented by Elliot Peters and Michael Proctor.

On motion of the United States the court has dismissed count(s) 3,4,5,7 of a seven count indictment.

The defendant pleaded guilty to count(s) six of the indictment. The defendant was found guilty on count(s) one and two of the indictment after a plea of not guilty. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2113(a) | Armed Bank Robbery (a class B felony) | | 1 |
| 18 USC 371 | Conspiracy (a class D felony) | | 2 |
| 18 USC 2113(a) | Armed Bank Robbery (a class B felony) | | 6 |

As pronounced on June 6, 1996, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 150.00, for count(s) one, two and six of the indictment, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 10th day of June, 1996

The Honorable Eugene F. Lynch
United States District Judge

Defendant's SSAN: 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
Defendant's Date of Birth: 05/31/70
Defendant's address: U.S. Marshals Service

COPIES MAILED TO COUNSEL

AO 245 S (Rev. 1/94)(N.D.Cal. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 5

Defendant: FREDERICK JOHNSON
Case Number: CR 94-0543

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years. The term consists of five years as to counts one and six, and three years on count two, all such terms to run concurrently.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not own or possess a firearm or destructive device.

4. The defendant shall not possess a firearm or other dangerous weapon.

5. The defendant shall participate in a drug treatment program which will include testing to determine if the defendant has reverted to the use of drugs, and may include residential treatment, as directed by the U.S. Probation Officer.

6. The defendant shall pay restitution in the amount of $24,552 to Bank of America to be paid jointly and severally with Mark Padua, James Moore and John Minchaca. Defendant shall pay restitution on a regular basis.

7. The defendant shall submit his person, residence, office or vehicle to a search, conducted by the U.S. Probation Officer at a reasonable time, and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of release. Failure to submit to a search may be grounds for revocation; and, the defendant shall warn other residents that the premises may be subject to searches pursuant to this condition.

8. The defendant shall perform 200 hours of community service at a rate of 40 hours per year.

9. The defendant shall pay to the United States a special assessment fee of $150.00 which is due immediately.

10. No fine imposed.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 1/94)(N.D.Cal. rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page 4 of 5

Defendant: FREDERICK JOHNSON
Case Number: CR 94-0543

## RESTITUTION AND FORFEITURE

### RESTITUTION

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| Bank of America | $24,552. |

Payments of restitution are to be made to the payee.

Restitution shall be paid jointly and severally with Mark Padua, James Moore and John Minchaca, as directed by the U.S. Probation Officer.

If there are multiple payees, any payment not made directly to a payee shall be divided proportionately among the payees named unless otherwise specified here:

AO 245 S (Rev. 1/94)(N.D.Cal. rev.) Sheet 7 - Statement of Reasons

Judgment--Page 5 of 5

Defendant: FREDERICK JOHNSON
Case Number: CR 94-0543

## STATEMENT OF REASONS

The defendant has personally reviewed the presentence report.

The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 26 |
| Criminal History Category: | IV |
| Imprisonment Range: | 92 to 115 months |
| Supervised Release Range: | 3 to 5 years |
| Fine Range: | $12,500 to $125,000 |
| Restitution: | $24,552 |

The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.