FD-302 (Rev 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  05/20/2003

    FREDERICK LIM JOHNSON was interviewed at the offices of the Federal Bureau of Investigation (FBI) in the presence of his attorney George Beckwith and Assistant United States Attorney (AUSA) Tony Brass.  This interview was arranged between AUSA Brass and Beckwith.  Prior to beginning the interview AUSA Brass advised JOHNSON that had been no promises or guarantees made by the United States Attorney's Office in exchange for his information and there may never be.  JOHNSON acknowledged he understood what AUSA Brass had explained.

    JOHNSON began in November or December 2001, when he and two close associates DAVID FIAME and ROBERT GORDON decided to start robbing banks.  JOHNSON had met GORDON while staying at Cornel Corrections Inc., a federal probation half-way house, after being released from federal prison.  JOHNSON, FIAME and GORDON also worked together for a San Francisco based moving company, Elwell Trucking.

    The first bank the three decided to rob was the CalFed located on John Daly Avenue, Daly City, California.  JOHNSON and GORDON entered the bank through the back door there they found a second locked door and decided to abort their plan.  FIAME was waiting in the car for JOHNSON and GORDON.  JOHNSON advised during this attempted bank robbery none of them were armed.

    A short time later JOHNSON and GORDON attempted to rob the CalFed bank located on a corner of Ocean Avenue in San Francisco, California.  During this attempt JOHNSON drove and GORDON went inside the bank.  JOHNSON advised that GORDON came out of the bank with no money but wasn't sure what had gone wrong.  Again, neither of them were armed during this attempt.

    JOHNSON then committed a residential robbery of a drug dealer's apartment located on Market Street in San Francisco.  JOHNSON using a .45 caliber handgun  he had purchased for $150 from some Hispanic males in the Sacrifice Club located 19th and South Van Ness in San Francisco.  JOHNSON stole $60,000 and 11 bags of "Ice" from the dealer's apartment.

Investigation on  05/07/2003  at  San Francisco

File #  91A-SF-134114                         Date dictated  05/20/2003

by  SA Derek B. Price

FJ207

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of ___FREDERICK LIM JOHNSON_____, On _05/07/2003_, Page __2__

    Sometime in December 2001, JOHNSON and FIAME robbed the CalFed bank on Noriega Street, San Francisco. During this robbery, FIAME carried the .45 pistol and stayed in the lobby of the bank controlling the occupants while JOHNSON vaulted the teller counter and took the approximately $8,000. JOHNSON and FIAME wore knit beanie caps on their heads and another knit beanie cap with the top cut off around the neck which they pulled up over their faces just prior to entering the bank. JOHNSON said this worked well because until they pulled the beanies over their faces they looked "normal." They also wore sunglasses and gloves.

    In January 2002, JOHNSON and FIAME robbed the Bank of America located at 3701 Balboa Street, San Francisco. Again, FIAME stayed in the bank's lobby with a .45 pistol while JOHNSON vaulted the counter and took approximately $30,000. KIMBERLEY RECTOR, FIAME's girlfriend, rented a car for JOHNSON and FIAME to use in their getaway. JOHNSON explained that they used the rental car to drive from the bank to Golden Gate Park where they had parked JOHNSON's Honda Accord and switched cars. During the drive from the bank to the park, JOHNSON crouched down on the floor of the front passenger seat searching through the money for the Electronic Security Devices (ESD).

    JOHNSON advised that after many of their bank robberies they drove to ALEXANDER YU's house on Girard Street, San Francisco to split the money and hang out. JOHNSON met YU at Cornell Corrections as well. JOHNSON also said that after every robbery they would throw out all of the clothing, masks, gloves, etc. The participants of each bank robbery always split the proceeds evenly.

    In February, 2002, JOHNSON, GORDON and FIAME robbed the Bank of America, 2325 Noriega Street, San Francisco. YU rented the getaway car from Budget Rental Cars at the San Francisco International Airport (SFO). The rental car was parked in front of the bank with either a stolen license plate or a car dealer's paper plate. During this bank robbery both GORDON and JOHNSON vaulted the teller counter while FIAME stayed in the bank lobby with the .45 pistol controlling the employees and customers. FIAME drove the getaway car after the robbery southbound on Sunset Avenue.

    A short time later, JOHNSON GORDON and FIAME robbed the Bank of America, 955 El Camino Real, South San Francisco. JOHNSON and FIAME vaulted the counter and took approximately $42,000 - $44,000 while GORDON controlled the lobby with the .45 handgun. The car rented by YU for the previous bank robbery was used in this

FJ208

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of __FREDERICK LIM JOHNSON__, On __05/07/2003__, Page __3__

one as well. After the bank robbery JOHNSON, GORDON and FIAME drove to the Holiday Inn in the Fisherman's Wharf area of San Francisco. Either GORDON or JOHNSON rented a room where they left the money and then went out drinking for the evening.

In March 2002, JOHNSON and FIAME robbed a Bank of America in Fremont, California (subsequent to the interview SA Price identified this branch as 46786 Mission Street, Fremont, CA). Again, YU rented a getaway car for JOHNSON. Following the robbery YU drove the rental car to a location where the three had previously staged YU's silver Honda Prelude. During this robbery JOHNSON and FIAME wore plastic face masks which JOHNSON had purchased at a year round costume shop in the Haight-Asbury area of San Francisco. JOHNSON got the idea for the plastic masks from the movie, "The Heist." JOHNSON advised that he purchased several masks and during the crime spree continued to purchase masks from this store.

JOHNSON next described a Bank of America in Marin County, near the San Anselmo exit off the 101 Highway that he, GORDON, MARK PADUA (an associate of JOHNSON's who he was arrested with him in 1994) and YU robbed in early April of 2002. Subsequent to the interview, SA Price determined the bank that was robbed was the Bank of America, 50 Bon Aire Center, Greenbrae, California on August 17, 2002. JOHNSON and PADUA vaulted the teller counter taking approximately $20,000 while GORDON controlled the lobby. YU rented the getaway car and then drove GORDON's green Chrysler to a predetermined meeting location where JOHNSON, GORDON and PADUA all got into GORDON's Chrysler.

JOHNSON advised that the way he knew if a teller had activated the bank's security system was if the telephone rang during the robbery. JOHNSON knew that if the alarm was activated the alarm company would immediately telephone the bank to confirm the alarm. JOHNSON further advised his knowledge of and preference for Bank of America was a result of his earlier employment as a teller with Security Pacific Bank (now part of Bank of America). JOHNSON also advised he would case banks at night as bank's keep all their interior lights on and it is easy to see the layout and the security cameras without attracting any attention.

JOHNSON found the next bank while driving a truck for Elwell Trucking in the San Jose are. JOHNSON, GORDON and YU robbed a Bank of America on De Anza Boulevard. Subsequent to the interview SA Price determined this branch to be located at 1660

FJ209

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of ___FREDERICK LIM JOHNSON___, On __05/07/2003__, Page __4__

South De Anza Boulevard, San Jose, California. JOHNSON rented a convertible Ford Mustang to be used as a getaway car from either Budget or Hertz at SFO. JOHNSON chose this branch because of the physical layout and the surrounding trees it is not easy to see in or out of the branch. JOHNSON believed they may have used an air pistol for this robbery as FIAME gave away the .45 handgun.

In June 2002, JOHNSON and FIAME robbed a Bank of America in Cupertino, California. Subsequent to the interview, SA Price determined this robbery to be on June 15, 2002, at 20563 Stevens Creek, Cupertino, CA. JOHNSON vaulted the counter and took approximately $16,000 - $18,000 while FIAME controlled the employees and customers in the lobby with a Glock handgun.

JOHNSON advised that the next bank robbery was of the CalFed down the street from the Bank of America in Cupertino. JOHNSON and PADUA robbed this branch of approximately $6,000 and traveler's checks. Subsequent to the interview SA Price determined this branch was CalFed 19300 Stevens Creek Boulevard, Cupertino, CA, on October 10, 2002.

JOHNSON remembered robbing a bank in Los Altos, California a short time later with PADUA. JOHNSON remembered the branch was near El Monte Avenue very close to the CalFed in Cupertino. Subsequent to the interview SA Price determined this robbery to be on October 25, 2002, of the Bank of America, 901 Fremont Avenue, Los Altos, CA.

JOHNSON advised the next robbery was of a Washington Mutual in Portola Valley off of the 280 Highway. JOHNSON advised this was the easiest of all the bank robberies as the money was actually laid out on the teller counter. JOHNSON and PADUA used YU's Prelude as the getaway car and then met YU off of the next exit on the 280 who was waiting with JOHNSON's Accord. At that point JOHNSON and PADUA got into JOHNSON's Accord and YU drove his Prelude back to San Francisco. JOHNSON and PADUA took approximately $22,000. Subsequent to the interview SA Price determined this robbery to be of Washington Mutual, 170 Ladera County Shopping Center, Alpine Road, Portola Valley, CA on September 12, 2002.

Next JOHNSON advised of the robbery of the Washington Mutual Bank in Burlingame in September 2002. Earlier that day, JOHNSON, FIAME, RECTOR and TIFFANY CUNANAN had gone to SFO where RECTOR rented a black four door car to be used as a getaway car.

FJ210

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of  FREDERICK LIM JOHNSON  , On 05/07/2003 , Page 5

    CUNANAN had no knowledge of the bank robbery.  After the bank robbery FIAME and JOHNSON switched cars with RECTOR and CUNANAN and drove RECTOR's Geo Tracker to RECTOR's mother's apartment in South San Francisco to split the money.

    JOHNSON, FIAME and YU then robbed a Wells Fargo Bank in Fremont of approximately $22,000.  YU rented a white four door sedan as a getaway car.  JOHNSON was first in the bank with FIAME right behind him.  FIAME jumped the teller counter first with JOHNSON behind him.  JOHNSON took the money form the lower teller drawers.  During the bank robbery JOHNSON carried the Glock handgun.  Subsequent to the robbery, SA Price determined the bank robbed was the Wells Fargo Bank, 46973 Warm Springs, Fremont, CA on October 2, 2002.

    JOHNSON and PADUA then robbed a Bank of America on De Anza Boulevard in San Jose of approximately $30,000.  They used the same white four door YU had rented for the Fremont robbery.  JOHNSON did not wear any gloves during this robbery as PADUA did not have any gloves and JOHNSON gave PADUA his to wear.  Initially, JOHNSON was controlling the lobby area however, when the robbery started taking longer than usual he vaulted the teller counter to help out PADUA who had already jumped the counter.  As JOHNSON was running out of the bank he touched the door with his hand.  JOHNSON, worried about fingerprints, stopped and wiped the door off with his sleeve.  Subsequent to the interview, SA Price determined the robbery to be of the Bank of America at 1660 S. De Anza Boulevard, San Jose, CA on October 28, 2002.

    JOHNSON and PADUA then robbed a Bank of America in Palo Alto the day after Thanksgiving.  During this robbery, PADUA controlled the lobby area with the Glock while JOHNSON vaulted the counter and took the money.  JOHNSON had parked his Honda Accord around the corner which they used as their getaway vehicle.  JOHNSON advised that he usually hid the Glock at work or left it with PADUA or FIAME he never took it home with him.  Subsequent to the interview, SA Price determined this bank robbery to be on November 29, 2002 at the Bank of America, 2600 El Camino Real, Palo Alto, CA.

    JOHNSON then robbed a Bank of America in the San Mateo area with an individual he met through Elwell Trucking, SERGIO DOMINGUEZ, A.k.a., "Nick" and YU.  JOHNSON jumped the counter while DOMINGUEZ stayed in the lobby.  JOHNSON had two guns during this robbery a Ruger pistol he had purchased at the Sacrifice Club and

FJ211

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of __FREDERICK LIM JOHNSON__ , On  05/07/2003 , Page  6

    the Glock.  JOHNSON did not trust DOMINGUEZ enough to give him the Glock.  YU drove his Prelude during this bank robbery.  JOHNSON chose this day for the robbery because the day after Thanksgiving robbery was so successful.  JOHNSON advised DOMINGUEZ is in San Mateo County Jail.  Following the robbery, the three drove to YU's house where they split up the money.  Typically, JOHNSON would pay YU two or three thousand for renting a car or using his Prelude.  Subsequent to the interview, SA Price determined this bank robbery to be on December 26, 2002 at the Bank of America, 3150 Campus Drive, San Mateo, CA.

    JOHNSON and PADUA then returned to the Bank of America located at 2600 El Camino Real, Palo Alto and stole approximately $15,000.  PADUA drove his 2003, two door, Hyundai Tiburon and parked it around the corner.  Subsequent to the interview, SA Price determined this bank robbery to be on February 3, 2003.

    JOHNSON and PADUA then robbed a Bank of America in Redwood City  Again, they used PADUA's Hyundai Tiburon as their getaway vehicle.  During this robbery JOHNSON hit a teller in her face breaking her nose because she wouldn't cooperate.  JOHNSON said, "...she was playing with me!"  JOHNSON also said he may have told PADUA to, "...shoot the bitch!"  As JOHNSON and PADUA were leaving the bank a witness saw them and JOHNSON observed the witness begin following them.  Subsequent to the interview, SA Price determined this bank robbery to be on February 8, 2003 of the Bank of America 250 Redwood Shores, Redwood City, CA.

    JOHNSON and PADUA then robbed a Bank of America in San Ramon.  PADUA stayed in the lobby with the Glock handgun while JOHNSON vaulted the counter taking approximately $17,000.  During the robbery PADUA was keeping track of the time and announced, "Time!"  Subsequent to the interview, SA Price determined this bank robbery to be on February 14, 2003, of the Bank of America, 3100 Crow Canyon Place, San Ramon, CA.

    JOHNSON and PADUA then robbed the Bank of America in the Stonestown Shopping Mall.  Again, PADUA used his Hyundai Tiburon and stayed in the lobby controlling the employees and the customers with the Glock handgun.  JOHNSON vaulted the teller counter and took the money from the teller drawers.  After leaving the bank JOHNSON crouched down on the floor of the car in the front passenger seat area searching through the money for ESDs.  JOHNSON found an ESD and tossed it out of the car onto 19th Avenue.  PADUA drove to Cerement Mall where JOHNSON had parked his Honda Accord.

FJ212

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of __FREDERICK LIM JOHNSON__ , On 05/07/2003 , Page 7

  JOHNSON drove his car home to his apartment on John Muir Drive. Subsequent to the interview, SA Price determined this bank robbery to be on February 25, 2003, of the Bank of America, 245 Winston Avenue, San Francisco, CA.

  JOHNSON and PADUA again robbed the Bank of America, 2600 El Camino Real, Palo Alto, CA. PADUA again drove his Hyundai Tiburon as the getaway vehicle. Subsequent to the interview SA Price determined this robbery was committed on April 12, 2003.

  JOHNSON advised that the lull in activity between February and April was a result of he and PADUA, gambling quite a bit at both Lucky Chances and Artichoke Joe's Casinos and winning approximately $600,000. JOHNSON tried to convince PADUA to stop gambling and hang on to the money. PADUA and JOHNSON ended up losing the money back to the two casinos. JOHNSON said that he and PADUA would play pai-gow with the owner of the Lucky Chances casino.

  JOHNSON and PADUA then robbed a Bank of America in Dublin. JOHNSON vaulted the teller counter while PADUA stayed in the lobby ordering people to the floor with the Glock handgun. PADUA used his Hyundai Tiburon as the getaway car for this robbery as well. Subsequent to the interview, SA Price determined this bank robbery to be on April 19, 2003, of the Bank of America, 7496 Dublin Boulevard, Dublin, CA.

  JOHNSON, GORDON and PADUA then robbed a Bank of America in Lafayette, CA. Again, JOHNSON vaulted the teller counter taking the money from the teller drawers while PADUA stayed in the bank lobby controlling the employees and customers at gunpoint. GORDON had borrowed his brother, PETER GORDON's Ford Expedition sport utility vehicle and used it as the getaway vehicle for the robbery. Subsequent to the interview, SA Price determined this bank robbery to be on April 21, 2003, of the Bank of America, 3530 Mt. Diablo Boulevard, Lafayette, CA.

  The next robbery was on April 22, 2003, of the Bank of America, 3701 Balboa Street, San Francisco, CA. Immediately following the bank robbery JOHNSON, PADUA and GORDON were all taken into custody by the San Francisco Police Department (SFPD) as a result of tracking an ESD taken during the bank robbery. JOHNSON advised that earlier that day the he, GORDON and PADUA had driven to San Jose in P.GORDON's Ford Expedition with the intention of robbing a bank in that area. GORDON had driven up from the Los

FJ213

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of ___FREDERICK LIM JOHNSON___, On _05/07/2003_ , Page __8__

Angeles area the week prior and had been staying with his brothers P.GORDON and MATTHEW GORDON at P.GORDON's apartment at 4935 Anza Street, Apartment #6, San Francisco, CA. JOHNSON doesn't think that either P.GORDON or M.GORDON knew about the bank robbery unless GORDON had told them.

JOHNSON, GORDON and PADUA decided not to rob the bank in San Jose and instead drove back to San Francisco. As they were driving to P.GORDON's apartment on Anza Street they drove past the Bank of America on Balboa Street. GORDON decided he wanted to rob that bank. JOHNSON told GORDON he did not think it was a good idea as it was only a few blocks from the apartment they would be going to afterward. JOHNSON finally agreed to the robbery but decided to drive the Expedition while GORDON and PADUA went into the bank. JOHNSON told PADUA to vault the teller counter and told GORDON to control the lobby. JOHNSON advised PADUA to only take money from the bottom teller drawer and not the top teller drawers as they would have the ESDs hidden there.

GORDON and PADUA entered the bank while JOHNSON waited outside the bank in the Expedition. JOHNSON then saw PADUA run out of the bank and get into the Expedition. As soon as PADUA got into the Expedition JOHNSON accelerated away from the bank then JOHNSON realized GORDON was not in the Expedition. JOHNSON asked PADUA what had happened to GORDON. JOHNSON backed the Expedition up the block toward the bank at which time GORDON exited the bank and ran down the block, carrying the black Glock pistol in his hand, toward the Expedition. GORDON jumped into the Expedition and JOHNSON accelerated away. GORDON explained to JOHNSON that he had to take someone's cellular telephone as they were trying to make a phone call.

JOHNSON drove directly to P.GORDON's apartment at 4935 Anza Street. Upon arriving at the apartment JOHNSON saw M.GORDON in the apartment and observed that P.GORDON was in the shower. PADUA dropped the bags containing the bank's money in the kitchen. JOHNSON looked in the bags and observed loose bills. JOHNSON concluded from this that PADUA had taken money from the top drawer despite his instructions. JOHNSON advised PADUA of his mistake and told PADUA that he had led the police right to them. JOHNSON then jumped out of the third story window and fled southbound on foot across several backyards.

In a backyard at the opposite end of the block JOHNSON removed his sweatshirt, wrist bands, black, Nike batting gloves and

FJ214

FD-302a (Rev. 10-6-95)

91A-SF-134114

Continuation of FD-302 of ___FREDERICK LIM JOHNSON___ , On 05/07/2003 , Page 9

University of California Berkeley ball cap and placed all items into a garbage can in the backyard. JOHNSON then opened a nearby door and looked out onto Balboa Street where he observed several police cars and immediately ducked back into the backyard. JOHNSON then starting thinking of a way out. JOHNSON thought if he had a basketball he could walk out the door and pretend to be a kid walking down the street dribbling a basketball. JOHNSON did not make a move and then decided it was too dangerous to attempt to leave the backyard. JOHNSON attempted to hide under a porch in the backyard where he was arrested a short time later by the SFPD. JOHNSON remembered hitting his head on the porch as he was trying to hide.

FJ215