**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES



**THE HONORABLE MARTIN J. JENKINS**    Courtroom Clerk: **Monica Narcisse**

Date: **January 24, 2008** [2:42 - 3:23 pm]    Court Reporter: **Margo Gurule**

Case No:    **CR07-00371-1 MJJ**

DEFENDANT:    **FREDERICK JOHNSON**    (x) Present    ( ) Not Present    (x) In Custody

AUSA:    **Andrew Caputo**        DEF ATTY:    **Phillip Vaughs**
          **Tracie Brown**

Interpreter:        Probation Officer: **Jessica Goldsberry**

TYPE FOR HEARING:    **Motion & Sentencing**

ORDER AFTER HEARING(S):
- **Defendant's Motion for Judgment of Acquittal or New Trial denied as to reasons stated on record.**
- **Transcript portion of conversation between Defense Counsel and The Court shall be placed under seal until further order of this court.**

JUDGMENT:    Court finds Offense Level 33, Criminal History VI, leading to a Guideline Range of 188-235 months. The Court follows the PSR and sentences the defendant on count 1 of the indictment to **235 months custody of the BOP to be followed by 5 years supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed. Defendant to pay $100 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant advised of his right to appeal. Defendant remanded to the custody of the U.S. Marshal. See J&C for details.

Notes: