JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste. 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-531-5294

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA,<br><br>　　　　Plaintiff,<br>vs.<br><br>FREDERICK LIM JOHNSON,<br><br>　　　　Defendant. | NO.: CR 07-0371 MJJ<br><br>**NOTICE OF APPEAL** |

FREDERICK LIM JOHNSON, defendant in the above-captioned action, hereby appeals from the denial of his Motion for Judgment of Acquittal or New Trial Under F.R.Cr.P. 29, and from the Judgment and Sentence in this matter imposed on January 24, 2008 and entered into the record on January 29, 2008.

Dated: January 30, 2008

　　　　　　　　　　　　　　　　　JAMES PHILLIP VAUGHNS
　　　　　　　　　　　　　　　　　Counsel for Frederick Lim JOHNSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was this date served on the following counsel and parties via hand delivery:

United States Attorney's Office
1301 Clay Street, Ste. 340-S
Oakland, CA 94612

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2008, at Oakland, California.

JAMES PHILLIP VAUGHNS