**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 09 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FREDERICK LIM JOHNSON,<br><br>Defendant - Appellant. | No. 08-10057<br><br>D.C. No. CR-07-00371-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |
|---|---|

Appellant's motion for an extension of time to file the opening brief is construed as a motion to designate transcripts out of time. So construed, the motion is granted.

On or before May 23, 2008, appellant shall serve the proposed designation. On or before May 30, 2008, appellee shall serve its cross-designation, if any. On or before June 6, 2008, appellant shall designate and order the transcripts. The transcripts are due July 7, 2008.

The opening brief is due August 18, 2008; the answering brief is due September 17, 2008; and the optional reply brief is due 14 days after service of the answering brief.

05.05.08/LBS/Pro Mo

08-10057

Appellant shall provide a copy of this order to the reporter along with the designation.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court

        Lorela Bragado-Sevillena
        Deputy Clerk
            Ninth Circuit Rule 27-7/Advisory Note
            to Rule 27 and Ninth Circuit Rule 27-10

05.05.08/LBS/Pro Mo          08-10057