1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile:  510-886-7218
4
   Attorney for Frederick Lim JOHNSON
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11
   UNITED STATES OF AMERICA,        )   NO.: CR 07-00371 MJJ
12 CALIFORNIA,                      )
                                    )
13         Plaintiff,                )   **PROPOSED ORDER TO**
                                    )   **UNSEAL TRANSCRIPT**
14         vs.                       )
                                    )
15                                   )
   FREDERICK LIM JOHNSON,           )
16                                   )
           Defendant.                )
17 _____

18

19     To assist counsel in preparing his appellate brief, defendant Frederick Lim Johnson

20 hereby submits this proposed Order to unseal certain portions of the official transcript from his

21 criminal proceedings.

22

23

24

25
   DATED: June 2, 2008             _____
26                                  JAMES PHILLIP VAUGHNS
                                    Counsel for Frederick Lim JOHNSON
27

28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | NO.: CR 07-00371 MJJ |
| Plaintiff, vs. | |
| | **ORDER** |
| FREDERICK LIM JOHNSON, | |
| Defendant. | |

The Court hereby ORDERS that the portions of the official transcript from the November 1, 2007 proceedings in this matter which were sealed by order of the Court, be hereby unsealed for the purpose of assisting defendant's appeal. Said portions of the transcript were transcribed by Sylvia Russo, courtroom reporter, and she is hereby authorized to provide that portion of the transcript to defendant's counsel, JAMES PHILLIP VAUGHNS.

DATED:_____                    _____
                                          MAXINE CHESNEY
                                          United States District Judge