JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone:  510-583-9622
Facsimile: 510-886-7218

Attorney for Frederick Lim JOHNSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FREDERICK LIM JOHNSON,<br><br>　　　　Defendant. | NO.: CR 07-00371 MJJ<br><br>**DECLARATION OF JAMES PHILLIP VAUGHNS IN SUPPORT OF PROPOSED ORDER TO UNSEAL TRANSCRIPT** |

I, JAMES PHILLIP VAUGHNS, declare and state the following under penalty of perjury:

1. I have been appointed to represent defendant for purposes of pursuing an appeal from his conviction in the instant matter.

2. I did not represent defendant during trial of this matter. However, he has advised me that on November 1, 2007 matters were discussed among the Honorable Martin J. Jenkins, defendant, and defendant's counsel, Randall K. Knox that are relevant and material to his appeal.

3. My belief is that Mr. Knox had, prior to trial, successfully moved to exclude certain

testimony. I further believe that, during trial, Mr. Knox asked certain questions on cross-examination that served to make that previously excluded testimony admissible.

4.     Lastly, I believe that Mr. Knox informed defendant that he - Mr. Knox - had a pending application to become an Assistant United States Attorney. This information was provided to defendant on the eve of closing arguments. Defendant, thereafter, developed the belief that Mr. Knox had provided ineffective assistance during the trial of this matter. On November 1, 2007, defendant brought his concerns to the attention of Judge Jenkins and the colloquy that ensued, which I believe covered the evidentiary issues and the apparent conflict of interest stemming from Mr. Knox' career aspirations, is the subject of my request.

5.     After assessing the possible appellate issues, it is my opinion that access to the requested transcript will be necessary to fully litigate defendant's appeal.

DATED: July 2, 2008                    _____
                                       JAMES PHILLIP VAUGHNS
                                       Counsel for Frederick Lim JOHNSON