**FILED**

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA,<br><br>        Plaintiff,<br>vs.<br><br>FREDERICK LIM JOHNSON,<br><br>        Defendant. | NO.: CR 07-00371 MJJ<br><br><br><br>**ORDER** |

The Court hereby ORDERS that the portions of the official transcript from the November 1, 2007 proceedings in this matter which were sealed by order of the Court, be hereby unsealed for the purpose of assisting defendant's appeal. Said portions of the transcript were transcribed by Sylvia Russo, courtroom reporter, and she is hereby authorized to provide that portion of the transcript to defendant's counsel, JAMES PHILLIP VAUGHNS.

DATED: JUL 1 4 2008

MAXINE CHESNEY
United States District Judge

- 2 -