

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOTION, PURSUANT TO SECTION 2255 OF TITLE 28
UNITED STATES CODE

ATTACKING A SENTENCE IMPOSED BY THAT COURT

UNITED STATES OF AMERICA

 VS.

FREDERICK WM JOHNSON     CASE NO.
                  (To be supplied by the
                  Clerk of the District Court)

(name of movant)
(Full name under which you    CR 07-371 MJJ
were convicted)

---

### INSTRUCTIONS-READ CAREFULLY

In order for this motion to receive consideration by the District Court, it shall be in writing (legibly handwritten or typewritten) by the Movant, under penalty of perjury, and it shall set forth in concise form the answers to each applicable question. If necessary, Movant may finish his answer to a particular question on the reverse side of the page or on an additional blank page. Movant shall make it clear to which question any such continued answer refers.

Since every motion under Section 2255 of Title 28, United States Code, must be made under penalty of perjury, any false statement of a material fact therein may serve as the basis of prosecutions and conviction for perjury. Movant should therefore exercise care to assure that all answers are true and correct.

If the motion is made in forma pauperis, it shall include an affidavit (page 6 of this form) setting forth information which establishes that the Movant will be unable to pay the fees and costs of the 2255 proceedings. When the form is completed, the original and 2 copies shall be mailed to

1

FREDERICK WM JOHNSON
REGISTRY NO. 88997-011
FDC- DUBLIN
5701 - 8TH STREET, CAMP PARKS
DUBLIN, CA 94568

the Clerk of the District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.

1. Place of detention  FCI DUBLIN (BOP REGISTRY # 88997-011)

2. Name and location of Court which, and name of judge who, imposed sentence
U.S. DISTRICT COURT, ND CAL, HON. MARTIN J. JENKINS

3. The indictment number or numbers (if known) upon which the offense or offenses for which sentence was imposed.:

   (a) CR 07-0371- MJJ, ALLEGING VIOLATION OF
   (b) 18 USC. §922 (g)(1)
   (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:

   (a) JANUARY 24, 2008    235 MONTHS IN PRISON
   (b) _____
   (c) _____

5. Check whether a finding of guilty was made:

   (a) after a plea of guilty _____
   (b) after a plea of not guilty ✓
   (c) After a plea of nolo contenders _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by

   (a) a jury                          ✓
   (b) a judge without a jury          _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?  YES

8. If you answered "yes" to question 7, list

   (a) the name of each court to which you appealed:

   I     NINTH CIRCUIT
   II    _____
   III   _____

   (b) the result of each such court to which you appealed:

2

I   CONVICTION AND SENTENCE AFFIRMED BY NINTH CIRCUIT
11
111

(c) the date of each such result:

I   MAY 9, 2009
11
111

(d) If known, citations of any written opinions or orders entered pursuant to such results:

I   NINTH CIRCUIT CASE #08-10057 MEMORANDUM OPINION
11
111

**9.** State concisely the grounds on which you base your allegation that the sentence which was imposed on you is invalid.

(a) INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL IN NOT OBJECTING TO INADMISSIBLE OPINIONS OF FBI AGENTS THAT DEFENDANT WAS "CASING" AND "PREPARING TO ROB" A BANK, OFFERED AS DEFENDANT'S MOTIVE FOR POSSESSING A FIREARM.

(b) INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL IN FAILING TO RAISE ABOVE ERROR AS PLAIN ERROR DESPITE LACK OF OBJECTION BY TRIAL COUNSEL AS WELL AS INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL.

(c) SEE ADDENDUM, ATTACHED

**10.** State concisely and in the same order the facts which support each of the grounds set out in (9):

(a) SEE ADDENDUM, ATTACHED

(b)

(c)

3

———

———

11. Have you previously filed petitions for habeas corpus motions under section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction? **NO**

12. If you answered "yes" to (11), list with respect to each petition, motion or application

    (a) the specific nature thereof:

    I    _____
    11  _____
    111 _____

    (b) the name and location of the court in which each was filed:

    I    _____
    11  _____
    111 _____

    (c) the disposition thereof:

    I    _____
    11  _____
    111 _____

    (d) the date of each disposition

    I    _____
    11  _____
    111 _____

    (e) if known, citations of any written opinions or orders entered pursuant to each such disposition:

    I    _____
    11  _____
    111 _____

13. Has any ground set forth in (9) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under section 2255 of Title 28, United States Code, or any other petition, motion or application? **NO**

14. If you answered "yes" to (13), identify

    (a) which grounds have been previously presented:

4

```
  I      _____
 11      _____
111      _____
```

(b) the proceedings in which each ground was raised:

```
  I      _____
 11      _____
111      _____
```

15. Were you represented by an attorney at any time during the course of

   (a) your arraignment and plea?        **YES**

   (b) your trial, if any?               **YES**

   (c) your sentencing?                  **YES**

   (d) your appeal, if any, from the judgment of conviction of the imposition of sentence?
                                          **YES**

   (e) preparation, presentation or consideration of any petitions, motions or applications with respect to this conviction, which you filed?    **NO**

16. If you answered "yes" to one or more parts of (15), list

   (a) the name and address of each attorney who represented you:

```
  I      RANDALL KNOX, TRIAL ATTORNEY
 11      JAMES PHILLIP VAUGHNS, SENTENCING
111      AND APPEAL ATTORNEY
```

WHEREFORE, movant prays that the Court grant movant relief to which he may be entitled in this proceeding.

Signed under penalty of perjury **UNDER THE LAWS OF THE U.S.** at **SAN FRANCISCO, CA**

**JULY 28, 2009**
Date

Signature of Movant
**FREDERICK LIM JOHNSON**

5

## ADDENDUM TO MOTION PURSUANT TO 18 USC 2255
### FILED BY FREDERICK LIM JOHNSON

I, Frederick Lim Johnson, hereby declare as follows:

1. I am the Movant in the within motion pursuant to 18 USC 2255. Except where stated on information and belief, the facts stated herein are true of my own knowledge; where stated on information and belief, I believe them to be true.

2. In CR07-0371-MJJ (ND, CAL), I was prosecuted for being a felon in possession of a firearm, in violation of 18 USC 922(g)(1). I had a jury trial on this charge, at which I was represented by Randall Knox, Esq., who was appointed to represent me pursuant to the Criminal Justice Act.

3. In my trial the government adduced the opinion of FBI Special Agent Michael Gurney, based on his observations during surveillance of me, that I was "casing a bank" and "[i]n my opinion, they were preparing to rob the bank" (Trial Transcript, CR07-0371-MJJ, p. 68), and the opinion of FBI Special Agent David Walden that, on the preceding day during surveillance "[i]t was clear to me the he was casing the bank" (id., at p. 86).

4. My trial attorney made no objection to these opinions, and the prosecutor subsequently argued that this opinion evidence was strong evidence of guilt.

5. I was found guilty of the charge and Judge Jenkins sentenced me to 235 months in prison.

6. On appeal my appointed appellate attorney, James Phillip Vaughns, Esq., did not raise this inadmissible opinion evidence as error and did not raise as error my trial attorney's ineffective assistance of counsel in failing to object to it, and my conviction was affirmed.

7. Subsequently I was indicted for robbing eight banks and my appointed attorney in that case (CR08-0251-MMC), Hugh Anthony Levine, Esq., made a motion in limine to exclude that same opinion evidence based on surveillance of me which the government was seeking to introduce in the bank robberies trial. It was only when I received copies of Mr. Levine's motion in limine papers and the government's responses that I learned that these opinions about my mental state while in the vicinity of

Addendum to Motion Pursuant to 18 USC 2255                                    1

banks were inadmissible. Mr. Levine's motion in limine raising this issue was filed on June 29, 2009, and I am filing this Motion as soon as I practicably have been able to given my incarceration and lack of legal counsel on this Motion.

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 28, 2009.

                                          FREDERICK LIM JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK LIM JOHNSON
Plaintiff,

v..

UNITED STATES OF AMERICA,

Defendant.

CASE NO.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, FREDERICK LIM JOHNSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes _____ No ✓

If your answer is "yes", state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____
Employer:

If the answer is "no", state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I HAVE BEEN INCARCERATED IN A FEDERAL FACILITY SINCE MY ARREST ON MAY 30, 2007 AND, AS A RESULT, I AM INDIGENT AND HAVE RECEIVED APPOINTED ATTORNEYS FOR MY TRIAL AND APPEAL AND ANOTHER PENDING CASE.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

6

a) Business, profession or self employment     Yes _____ No ✓

b) Income from stocks, bonds, or royalties?     Yes _____ No ✓

c) Rent payments?     Yes _____ No ✓

d) Pensions, annuities, or life insurance payments?     Yes _____ No ✓

e) Federal or State welfare payments, Social Security or other government source?     Yes _____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. _____

_____

3. Are you married?     Yes _____ No ✓

Spouse's Full Name: _____
Spouse's Place of Employment: _____
Spouse's Monthly Salary, Wages or Income:
Gross $ _____     Net $ _____

4. a) List amount you contribute to your spouse's support:
$ _____

b) List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____
_____

5. Do you own or are you buying a home?     Yes _____ No ✓

Estimated Market Value: $ _____     Amount of Mortgage: $ _____

6. Do you own an automobile?     Yes _____ No ✓

Make: _____     Year: _____     Model: _____

7

Is it financed?  Yes _____ No _____  If so, Total due: $_____
Monthly Payment: $_____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, verified by an officer of the prison.)
Yes _____ No _____

Name (s) and address (es) of bank: _____
_____

Present balance (s) : $_____

Do you own any cash?  Yes _____ No ✓  Amount: $_____

Do you have any other assets? (If "Yes", provide a description of each asset and its estimated market value).

Yes _____ No ✓
_____

8. What are your monthly expenses?
Rent: $_____  Utilities: $_____
Food: $_____  Clothing: $_____

Charge Accounts:

| Name of Account | Monthly Payment | Total owed On This Account |
|---|---|---|
| | | |
| | | |
| | | |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)
_____
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?

Yes _____ No ✓

Please list the case name (s) and number (s) of the prior lawsuit (s) , and the name of the court in which they were filed.

8

_____
_____

*I* declare under the penalty *of* perjury that the *foregoing is true* and correct and *understand* that a *false* statement herein *may* result *in the* dismissal of my claims.

Date: **JULY 28, 2009**            *Signature of Applicant:* _____

                              FREDERICK LIM JOHNSON

9

CERTIFICATE OF FUNDS
IN
PRISONER'S ACCOUNT

NOT AVAILABLE AT THIS TIME

I certify that attached hereto are true and correct copies of the prisoner account transactions of

_____

at _____

where (s)he is confined.

_____
Authorized Officer of the Institution

10